```
CLERK'S Certificate of Transmittal from Northern District of California
12/28/2004 - a1 NOTICE of order granting defendant's renewed motion for
change of venue signed by Judge Alsup as to Gil A. Shinohara (lsk, COURT
STAFF) (Filed on 12/28/2004)
(Entered: 12/28/2004)
12/28/2004 - a2 ORDER re FBI notes as to Gil A. Shinohara . Signed by Judge
William H. Alsup on 12/28/04. (vlk, COURT STAFF)(Filed on
12/28/2004)(Entered: 12/30/2004)
12/28/2004 - j3 ORDER re: Notice of Opening Case File in Transferee Court as
to Gil A. Shinohara . Signed by Judge William H. Alsup on 12/28/04. (vlk,
COURT STAFF)(Filed on 12/28/2004)(Entered: 12/30/2004)
12/28/2004 - 04 ORDER OF TRANSFER (Rule 21) from Guam as to Gil A.
Shinohara.
12/28/2004 - 5 INDICTMENT as to Gil A. Shinohara (1) count(s) 1, 2, 3, 4-6,
8, 9-11, 12, 13, 14, 15, 16, 17. (lsk, COURT STAFF) (Filed on
12/28/2004)(Entered: 01/04/2005)
12/28/2004 - TWO SEALED DOCUMENTS RECEIVED FROM GUAM WITH FILE: PLACED IN
EXPANDO IN SEALED SHELF as to Gil A.
Shinohara (1sk, COURT STAFF)(Filed on 12/28/2004)
(Entered: 01/04/2005)
01/04/2005 - 06 RESPONSE and notice regarding the specific tapes the
Government expects to use in trial and the approximate sequence of their use
in trial by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on
114/2005)
(Entered: 01/06/2005)
01/04/2005 - 37 Proposed questions for voir dire; certificate of service by
to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/412005)(Entered:
01/06/2005)
01105/2005  - Gib NOTICE of location by USA as to Gil A. Shinohara (rhw,
COURT STAFF)(Filed on 1/5/2005)
(Entered: 01/0612005)
01/05/2005 - 39 Certificate of Service by USA as to Gil A. Shinohara (rhw,
COURT STAFF)(Filed on 1/5/2005)
(Entered: 01/06/2005)
01/05/2005 - 410 SUPPLEMENT TO NOTICE of expert witnesses by USA as to Gil A.
Shinohara (rhw, COURT STAFF)
(Filed on 1/5/2005)(Entered: 01/06/2005)
01/05/2005 - 311 Amended Certificate of Service by USA as to Gil A. Shinohara
(rhw, COURT STAFF)(Filed on 1/5/2005)
(Entered: 01/06/2005)
01/05/2005 - 312 Amended Certificate of Service by USA as to Gil A. Shinohara
(rhw,COURT STAFF)(Filed on 1/5/2005)
(Entered: 01/06/2005)
01/06/2005 - 313 Request for hearing regarding tapes by USA as to Gil A.
Shinohara.(rhw, COURT STAFF)(Filed on 1/6/2005) (Entered: 01/10/2005)
01/06/2005 - 314 AMENDED EXHIBIT LIST by USA as to Gil A. Shinohara
(rhw,COURT STAFF)(Filed on 116/2005)
(Entered: 01/10/2005)
01/06/2005 - 015 Certificate of Service by USA as to Gil A. Shinohara (rhw,
COURT STAFF)(Filed on 1/6/2005)
(Entered: 01/10/2005)
01/06/2005 - 323 ORDER re: daily refreshments and lunch for the members of
the jury during deliberations as to Gil A. Shinohara . Signed by Judge
William H. Alsup on 116/05.
(rhw, COURT STAFF)(Filed on 1/612005)(Entered:01/20/2005) 01/07/2005 - 017
FINAL WITNESS LIST by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on
1/7/2005)
(Entered: 01/11/2005)
01/07/2005 - 418 MOTION in limine to exclude Government exhibit 204b;
memorandum in support; exhibit "1"; certificate of service by Gil A.
```

Shinohara. (rhw, 01/07/2005 - 319 AMENDED WITNESS LIST by Gil A. Shinohara)(rhw, COURT STAFF)
(Filed on 1/7/2005)(Entered: 01/11/2005)
01/10/2005 - 316 SECOND AMENDED EXHIBIT LIST as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/10/2005)
(Entered: 01/10/2005)
01/10/2005 - 324 Minute Entry for proceedings held before Judge William H. Alsup :Voir Dire begun on 1/10/2005 Gil A. Shinohara (1) on Count 11,12,13,14,15,16 Voir Dire held on 1/10/2005 as to Gil A. Shinohara. Jury Trial as to Gil A. Shinohara held on 1/10/2005, Jury Trial continued to for 1/11/2005 (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)
(Filed on 1/10/2005) Modified on 4/21/2005 (wv, COURT STAFF).
(Entered: 01/20/2005)
01/11/2005 - 320 Stipulation regarding translations as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/11/2005)
(Entered: 01/12/2005)
01/11/2005 - 325 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/11/2005 ; Jury Trial set for 1/12/2005 08:30 AM. (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1/11/2005) (Entered: 01/20/2005)
01/11/2005 - 326 APPLICATION for admission of attorney pro hac vice by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on /11/2005) (Entered:01/20/2005)
01/11/2005 - 027 APPLICATION for admission of attorney pro hac vice by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on /11/2005) (Entered:01/20/2005)
01/12/2005 - 021 ORDER as to Gil A. Shinohara granting application for admission of attorney pro hac vice (David J. Lujan). Signed by Judge William H. Alsup on 1/12/05.
(rhw, COURT STAFF)(Filed on 1/12/2005)(Entered:01/14/2005)
01/12/2005 - 322 ORDER granting application for admission of attorney pro hac vice (Michael Jay Green) as to Gil A. Shinohara . Signed by Judge William H. Alsup on 1/12/05.
(rhw, COURT STAFF)(Filed on 1/1212005)(Entered:01/14/2005)
01/12/2005 - 428 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/12/2005 ; Jury Trial set for 1/13/2005(Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1/12/2005)
(Entered: 0112012005)
01/13/2005 - 329 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/13/2005 ; Jury Trial set for 1/14/2005 (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1/13/2005)
(Entered: 01/20/2005)
01/13/2005 - 330 Memorandum of Law regarding tolling of the Speedy Trial Act as to Gil A. Shinohara (rhw, COURT STAFF) (Filed on 1/13/2005)(Entered: 01/20/2005)
01/13/2005 - 331 Memorandum of points and authorities by Gannett Go., Guam Publications, Inc. in support of access to transcripts of audio and videotapes as to Gil A. Shinohara
(rhw, COURT STAFF)(Filed on 1/13/2005)(Entered: 01/20/2005)
01/14/2005 - 332 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/14/2005 ; Jury Selection set for 1/18/2005 (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1/14/2005) (Entered: 01/20/2005)
01/14/2005 - 333 Certificate of Service by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/14/2005)
(Entered: 01/20/2005)
01/18/2005 - 334 Court's proposed charge to the jury and verdict form as to Gil A. Shinohara (rhw, COURT STAFF) (Filed on 1/18/2005)(Entered:01/2012005)
01/18/2005 - 335 Government's submission of second amended (proposed) jury instruction no. 31 as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/18/2005)(Entered: 01/20/2005)

01/18/2005 - 336 MEMORANDUM of law "anything of value" by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/1812005)(Entered:01120/2005)
01/18/2005 - 337 MEMORANDUM regarding theory of defense as to bribery counts; certificate of service by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1/18/2005)(Entered: 01/20/2005)
01/18/2005 - 338 Minute Entry for proceedings held before Judge William H. Alsup Jury Trial as to Gil A. Shinohara held on 1/18/2005 ; Jury Selection set for 1/19/2005 (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1/18/2005) (Entered: 01/20/2005)
01/19/2005 - 339 MOTION to dismiss counts eleven through sixteen pursuant to Federal Rule of Criminal Procedure 29(a); memorandum in support; certificate of service by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 1/1912005) (Entered: 01 /20/2005)
01/19/2005 - 340 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/19/2005 ; Jury Trial set for 1/20/2005 (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1/19/2005)
(Entered: 01/27/2005)
01/20/2005 - 341 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/20/2005 ; Jury Trial set for 1/21/2005 (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 1120/2005)
(Entered: 01/27/2005)
01/20/2005 - 342 Final Charge to the Jury and Verdict Form as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 1120/2005) (Entered: 01/27/2005)
01/21/2005 - 043 JURY VERDICT as to Gil A. Shinohara (1) Not Guilty on Count 11,12,13,14,15,16. (rhw, COURT STAFF)
(Filed on 1/2112005)(Entered: 01/2712005)
01/21/2005 - J44 Title Sheet and Jury Attendance Record as to Gil A. Shinohara (rhw,COURT STAFF)(Filed on 1/21/2005) (Entered: 01/27/2005)
01/21/2005 - 045 AMENDED EXHIBIT LIST by USA as to Gil A. Shinohara (rhw,COURT STAFF)(Filed on 1/21/2005)
(Entered: 01/27/2005)
01/21/2005 - 046 Minute Entry for proceedings held before Judge William H. Alsup :Jury Trial as to Gil A. Shinohara held on 1/21/2005, Jury Verdict held on 1/21/2005 ; Status Conference set for 2/8/2005 04:00 PM. (Court Reporter Jeanne Bishop.) (rhw, COURT STAFF)(Filed on 1121/2005)(Entered: 02/01/2005)
01/24/2005 - Â®47 ORDER: case management and pretrial preparation order for criminal jury trial as to Gil A. Shinohara. Pretrial Conference set for 3/21/2005 02:00 PM and Jury Trial set for 4/4/2005 07:30 AM. . Signed by Judge William H. Alsup on 1/24/05. (rhw, COURT STAFF)(Filed on 1/24/2005) (Entered: 02/01/2005)
01/26/2005 - 048 ORDER re status conference as to Gil A. Shinohara . Signed by Judge William H. Alsup on 1/26/05. (rhw, COURT STAFF)(Filed on 112612005)(Entered: 02/01/2005)
01/28/2005 - 049 AMENDED ORDER re status conference as to Gil A. Shinohara . Signed by Judge William H. Alsup on 1/27/05. (rhw, COURT STAFF)(Filed on 1/28/2005)(Entered: 02/01/2005)
01/31/2005 - 050 MOTION to continue trial; declaration of Michael Jay Green; notice of hearing motion; certificate of service by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 1/31/2005) (Entered: 02/01/2005)
02/07/2005 - 051 Minute Entry for proceedings held before Judge William H. Alsup :Status Conference as to Gil A. Shinohara held on 2/7/2005 ; Pretrial Conference set for 4/4/2005 02:00 PM and Jury Trial set for 4/18/2005 07:30 AM. (Court Reporter Jeanne Bishop.)(rhw, COURT STAFF)(Filed on 2/712005)(Entered: 02/15/2005)
02/08/2005 - X52 ORDER following status conference as to Gil A. Shinohara . Signed by Judge William H. Alsup on 2/8/05. (rhw, COURT STAFF)(Filed on 2/8/2005)(Entered: 02/15/2005)
02/10/2005 - 053 ORDER re final pretrial conference as to Gil A. Shinohara ; Pretrial Conference set for 4/4/2005 09:00 AM in the federal courthouse in Honolulu, Hawaii . Signed by Judge William H. Alsup on 2/10/05. (rhw,COURT

STAFF)
 (Filed on 2/10/2005)(Entered: 0211512005)
02/18/2005 - 054 ORDER re documents reviewed in camera as to Gil A. Shinohara. Signed by Judge William H. Alsup on 2/17/05. (rhw, COURT STAFF)(Filed on 2/18/2005)(Entered: 02/23/2005)
02/23/2005 - 055 FIFTH STIPULATION to exclude time under the Speedy Trial Act by USA (rhw, COURT STAFF)(Filed on 2/23/2005) (Entered: 02/25/2005)
02/23/2005 - 456 STIPULATION AND ORDER setting schedule for filing trial documents . Signed by Judge William H. Alsup on 2/22/05. (rhw, COURT STAFF)(Filed on 2/23/2005)
(Entered: 03101/2005)
02/23/2005 - 457 ORDER: time from 1/21/05 to 4/18/05 excluded from Speedy Trial Act calculations as to Gil A. Shinohara. Signed by Judge William H. Alsup on 2/22/05. (rhw, COURT STAFF)(Filed on 2/23/2005)(Entered:03/01/2005)
03/07/2005 - 458 Letter, dated 2/24/05, from Joseph F. Wilson, AUSA to Clerk of the Court, regarding trial exhibits (rhw, COURT STAFF)(Filed on 3/7/2005)(Entered: 03/09/2005)
03/07/2005 359 ORDER to return Government's trial exhibits as to Gil A. Shinohara. Signed by Judge William H. Alsup on 3/3/05. (rhw, COURT STAFF)(Filed on 3/7/2005)(Entered: 03/09/2005)
03/08/2005 - Â®60 Receipt for exhibits returned to the Government (rhw, COURT STAFF)(Filed on 3/8/2005)
(Entered: 03/09/2005)
03/11/2005 - 461 MOTION in limine to exclude any reference to a partnership; memorandum in support; declaration of counsel; exhibits "A-4"; certificate of service by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 3/11/2005)(Entered: 03/14/2005)
03/11/2005 - 462 MOTION to allow voir dire by counsel ; memorandum in support; certificate of service by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 3/11/2005)
(Entered: 03/14/2005)
03/11/2005 - 463 MOTION in limine to exclude evidence of other crimes, wrongs, or acts; memorandum in support; certificate of service by Gil A. Shinohara. (rhw, COURT STAFF)
(Filed on 3/11/2005)(Entered: 03/14/2005)
03/11/2005 - 464 MOTION to allow voir dire by counsel; memorandum in support; certificate of service by Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 3/11/2005)
(Entered: 03/14/2005)
03/14/2005 - 465 ORDER re documents reviewed in camera as to Gil A. Shinohara. Signed by Judge William H. Alsup on 3/12/05. (rhw, COURT STAFF)(Filed on 3/14/2005)(Entered: 03/17/2005)
03/14/2005 - 466 NOTICE AND MOTION in Limine concerning evidence admissible under F.R.E.404(b) and memorandum in support of the motion in limine by USA as to Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 3/14/2005) Modified on 3/17/2005 (rhw, COURT STAFF),(Entered: 03/17/2005)
03/14/2005 - 367 Memorandum in support by USA as to Gil A. Shinohara re [66] MOTION in Limine (rhw, COURT STAFF)
(Filed on 3/14/2005)(Entered: 03/17/2005)
03/14/2005 - 468 NOTICE of intent to offer expert witnesses by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/14/2005) (Entered: 03/17/2005)
03/17/2005 - 469 Request to amend its notice of intent to offer expert witnesses by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/17/2005)(Entered : 03/22/2005)
03/17/2005 - X70 AMENDED NOTICE of intent to offer expert witnesses by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/17/2005) Modified on 3/22/2005 (rhw, COURT STAFF)
(Entered: 03/22/2005)
03/18/2005 - -v71 ORDER re deposition as to Gil A. Shinohara. Signed by Judge William H. Alsup on 3/18/05. (rhw, COURT STAFF) (Filed on 3/18/2005)(Entered: 03/22/2005)

03/21/2005 - X72 MOTION to exclude the United States' expert witness or in the alternative MOTION to continue trial; memorandum in support; declaration of Robin Melchor; exhibit "A"; notice of hearing motion and certificate of service by USA as to Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 3/21/2005) (Entered: 03/22/2005)
03/21/2005 - X73 RESPONSE to Motion by USA as to Gil A. Shinohara re [66] MOTION in Limine (rhw, COURT STAFF)(Filed on 3/21/2005)(Entered:03/22/2005)
03/21/2005 - 474 RESPONSE to Motion by USA as to Gil A. Shinohara re [64] MOTION to allow voir dire by counsel (rhw, COURT STAFF)(Filed on 3/21/2005)(Entered: 03/22/2005)
03/21/2005 - 075 RESPONSE to Motion by USA as to Gil A. Shinohara re [631 MOTION to Exclude evidence of other crimes, wrongs, or acts (rhw, COURT STAFF)(Filed on 3/21/2005) (Entered: 03/22/2005)
03/21/2005 - Gt76 RESPONSE to Motion by USA as to Gil A. Shinohara re [61] MOTION to Exclude any reference to a partnership (rhw, COURT STAFF)(Filed on 3/21/2005)
(Entered: 03/22/2005)
03/24/2005 - X77 ORDER as to Gil A. Shinohara ; Final Pretrial Conference set for 4/4/2005 09:00 AM in Courtroom Aha Kaulike on the 4th floor of the federal courthouse in Honolulu, Hawaii.. Signed by Judge William H. Alsup on 3/22/05. (rhw, COURT STAFF)(Filed on 3/24/2005)(Entered:03/28/2005)
03/24/2005 - 478 ORDER re Richard Adams as to Gil A. Shinohara . Signed by Judge William H. Alsup on 3/22/05. (rhw, COURT STAFF)(Filed on 3/24/2005)(Entered: 03/28/2005)
03/24/2005 - 079 MOTION to reconsider and MOTION to withdraw order re depositions by USA as to Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 3/24/2005)(Entered: 03/28/2005)
03/24/2005 - J80 Declaration of Joseph F. Wilson (rhw, COURT STAFF)(Filed on 3/24/2005)(Entered: 03/28/2005)
03/25/2005 - 081 Certificate of Service by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/25/2005)
(Entered: 03/28/2005)
03/25/2005 - 082 Certificate of Service by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/25/2005)
(Entered: 03/28/2005)
03/28/2005 - 0107 Proposed Jury Instructions by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/28/2005)
(Entered: 04/19/2005)
03/28/2005 - 0108 EXHIBIT LIST by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/28/2005) (Entered: 04/19/2005)
03/28/2005 - 0109 WITNESS LIST by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/28/2005)(Entered: 04/19/2005)
03/28/2005 - 0110 Proposed Voir Dire Questions as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/28/2005)
(Entered: 04/19/2005)
03/28/2005 - Received Document: Government's request for use of Court's equipment and order by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/28/2005)
(Entered: 05/04/2005)
03/29/2005 - 083 REPLY AND/OR RESPONSE by USA as to Gil A. Shinohara to [72] MOTION to Continue and MOTION to Exclude, and Declaration of Joseph F. Wilson in response to the Court's order dated 3/22/05 [78] (rhw, COURT STAFF)(Filed on 3/29/2005) (Entered: 03/30/2005)
03/29/2005 - ®84 REPLY TO DEFENDANT'S RESPONSE to United States' notice and motion in 1h-nine concerning evidence admissible under F.R.E.404(b) by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/29/2005)(Entered: 03/30/2005)
03/30/2005 - J85 EXHIBIT LIST and certificate of service by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/30/2005)(Entered: 04/01/2005)
03/30/2005 - 086 REPLY TO RESPONSE to Motion by Gil A. Shinohara re [76] Response to Motion (rhw, COURT STAFF) (Filed on 3/30/2005)(Entered: 04/01/2005)

03/30/2005 - 087 REPLY TO RESPONSE to Motion by Gil A. Shinohara re [75] Response to Motion (rhw, COURT STAFF) (Filed on 3/30/2005)(Entered: 04/01/2005)
03/30/2005 - 088 WITNESS LIST by Gil A. Shinohara (rhw, COURT STAFF) (Filed on 3/30/2005)(Entered: 04/01/2005)
03/30/2005 - 089 MOTIONS in Limine by Gil A. Shinohara, United States' responses to defendant Gil A. Shinohara's motion in limine, and defendant Gil A. Shinohara's reply to United States' responses to defendant Gil A. Shinohara's motions in limine; certificate of service (rhw, COURT STAFF)(Filed on 3/30/2005) (Entered: 04/01/2005)
03/30/2005 - 090 Certificate of Service by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 3/30/2005)
(Entered: 04/01/2005)
04/04/2005 - 091 Certificate of Service by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/4/2005)
(Entered; 04/07/2005)
04/06/2005 - 492 STIPULATION AND ORDER modifying conditions of release as to Gil A. Shinohara . Signed by Judge William H. Alsup on 4/4/05. (rhw, COURT STAFF)(Filed on 4/6/2005)
(Entered: 04/07/2005)
04/06/2005 - 493 Proposed Jury Instructions as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/6/2005)
(Entered: 04/1112005)
04/08/2005 - Â©96 First Supplemental Proposed Jury Instructions by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/8/2005) (Entered: 04/11/2005)
04/11/2005 - 497 ORDER regarding refreshments and lunch for the members of the jury as to Gil A. Shinohara . Signed by Judge William H. Alsup on 4/11/05. (rhw, COURT STAFF)
(Filed on 4/11/2005)(Entered: 04/12/2005)
04/11/2005 - 498 NOTICE of location; certificate of service by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/11/2005)
(Entered: 04112/2005)
04/12/2005 - 499 NOTICE by USA regarding statement of the case as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/12/2005) (Entered: 04/15/2005)
04/14/2005 - 4100 AMENDED EXHIBIT LIST by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/14/2005)
(Entered: 04/15/2005)
04/15/2005 - 4101 Proposed Amended Jury Instructions as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/15/2005)
(Entered: 04/18/2005)
04/15/2005 - 4102 SECOND AMENDED EXHIBIT LIST by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/15/2005)
(Entered: 04/18/2005)
04/15/2005 - 4112 FIRST AMENDED EXHIBIT LIST; certificate of service by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 04/15/2005)(Entered: 04/19/2005)
04/15/2005 - 4113 NOTICE regarding statement of the case by Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/15/2005)
(Entered: 04/19/2005)
04/18/2005 - 4103 TRANSCRIPT of Proceedings as to Gil A. Shinohara held on 1/12/05 before Judge William H. Alsup. Court Reporter: Jeanne Bishop. (rhw, COURT STAFF)(Filed on 4/18/2005)(Entered: 04/18/2005)
04/18/2005 - 4104 'TRANSCRIPT of Proceedings as to Gil A. Shinohara held on 1/13/05 before Judge William H. Alsup. Court Reporter: Jeanne Bishop. (rhw, COURT STAFF)(Filed on 4/18/2005)(Entered: 04/18/2005)
04/18/2005 - 4105 TRANSCRIPT of Proceedings as to Gil A. Shinohara held on 1/18/05 before Judge William H. Alsup. Court Reporter: Jeanne Bishop. (rhw, COURT STAFF)(Filed on 4/18/2005)(Entered: 04/18/2005)
04/18/2005 - 0 106 TRANSCRIPT of Proceedings as to Gil A. Shinohara held on 1/19/05 before Judge William H. Alsup. Court Reporter: Jeanne Bishop. (rhw, COURT STAFF)
(Filed on 4/18/2005)(Entered: 04118/2005)
04/18/2005 - 0 111 THIRD AMENDED EXHIBIT LIST by USA as to Gil A. Shinohara

(rhw, COURT STAFF)(Filed on 4/18/2005)
(Entered: 04/19/2005)
04/18/2005 - 0122 Minute Entry for proceedings held before judge William H.
Alsup : Voir Dire begun on 4/18/2005 ; Jury selection process completed; Jury
Trial as to Gil A. Shinohara held on 4/18/2005, Jury Trial set for 4/19/2005
07:30
AM. (Court Reporter Sahar McVickar.)(rhw, COURT STAFF) (Filed on
4/18/2005)(Entered: 05/04/2005)
04/19/2005 - 4,123 Minute Entry for proceedings held before Judge William H.
Alsup :Jury Trial as to Gil A. Shinohara held on 4/19/2005; Jury Trial set
for 4/20/2005 07:30 AM. (Court Reporter Sahar McVickar.)(rhw, COURT
STAFF)(Filed on 4/19/2005) (Entered: 05/04/2005)
04/20/2005 - G1i 124 Minute Entry for proceedings held before Judge William
H. Alsup :Jury Trial as to Gil A. Shinohara held on 4/20/2005 ; Jury Trial
set for 4/21/2005 07:30 AM. (Court Reporter Sahar McVickar.)(rhw, COURT
STAFF)(Filed on 4/20/2005) (Entered: 05/04/2005)
04/21/2005 - 0 114 STIPULATION Regarding Translations by USA as to Gil A.
Shinohara (vlk, COURT STAFF)(Filed on 4/21/2005) (Entered: 04/25/2005)
04/21/2005 - 0125 Minute Entry for proceedings held before Judge William H.
Alsup :Jury Trial as to Gil A. Shinohara held on 4/21/2005 ; Jury Trial set
for 4/22/2005 07:30 AM. (Court Reporter Sahar McVickar.)(rhw, COURT
STAFF)(Filed on 4/21/2005) (Entered: 05/04/2005)
04/22/2005 - 0 115 Fourth Amended EXHHIBIT LIST by USA as to Gil A. Shinohara
(vlk, COURT STAFF)(Filed on 4/22/2005) (Entered: 04/25/2005)
04/22/2005 - a I16 Proposed Charge to the Jury and Verdict Form by USA as to
Gil A. Shinohara (vlk, COURT STAFF)(Filed on 4/22/2005)(Entered:
04/26/2005)
04/22/2005 - a I26 Minute Entry for proceedings held before Judge William H.
Alsup :Jury Trial as to Gil A. Shinohara held on 4/22/2005 ; Jury Trial set
for 4/25/2005 07:30 AM. (Court Reporter Sahar McVickar.)(rhw, COURT
STAFF)(Filed on 4/22/2005) (Entered: 05/04/2005)
04/25/2005 - a I17 Proposed Jury Instructions Numbers 35 and 36 by USA as to
Gil A. Shinohara (vlk, COURT STAFF)(Filed on 4/25/2005)(Entered:
04/26/2005)
04/25/2005 - 0127 Minute Entry for proceedings held before Judge William H.
Alsup :Jury Trial as to Gil A. Shinohara held on 4/25/2005 ; Jury Trial set
for 4/26/2005 07:30 AM. (Court Reporter Sahar MeVickar.)(rhw, COURT
STAFF)(Filed on 4/25/2005) (Entered: 05/04/2005)
04/26/2005 - 4118 Court's Proposed Charge to the Jury and Verdict Form as to
Gil A. Shinohara (rhw, COURT STAFF)
(Filed on 4/26/2005)(Entered: 04/28/2005)
04/26/2005 - 4119 Final Charge to the Jury as to Gil A. Shinohara (rhw, COURT
STAFF)(Filed on 4/26/2005)(Entered: 04/28/2005)
04/26/2005 - 0128 Minute Entry for proceedings held before Judge William H.
Alsup :Jury Trial as to Gil A. Shinohara held on 4/26/2005 ; Jury Trial set
for 4/27/2005 07:45 AM. (Court Reporter Sahar McVickar.)(rhw, COURT
STAFF)(Filed on 4/26/2005) (Entered: 05/04/2005)
04/27/2005 - 4129 Minute Entry for proceedings held before Judge William H.
Alsup :Jury Trial as to Gil A. Shinohara held on 4/27/2005 ; Jury Selection
set for 4/28/2005 07:45AM. (Court Reporter Sahar McVickar.)(rhw, COURT
STAFF)
(Filed on 4/27/2005)(Entered: 05/04/2005)
04/28/2005 - 4120 THIRD AMENDED EXHIBIT LIST by USA as to Gil A. Shinohara
(rhw, COURT STAFF)(Filed on 4/28/2005)
(Entered: 05/02/2005)
04/28/2005 - 4121 SECOND AMENDED EXHIBIT LIST; certificate of service by Gil
A. Shinohara (rhw, COURT STAFF)(Filed on 4/28/2005)(Entered: 05/02/2005)
04/28/2005 - I 4130 Minute Entry for proceedings held before Judge William H.
Alsup Jury Trial as to Gil A. Shinohara held on 4/28/2005, Jury Verdict as to
Gil A. Shinohara (1) Guilty on Count 2,3 held on 4/28/2005 ; sentencing to be
held in Guam (Court Reporter Sahar McVickar.)(rhw, COURT STAFF)
(Filed on 4/28/2005)(Entered: 05/04/2005)

04/28/2005 - 131 Verdict Form as to Gil A. Shinohara ; guilty on count 2 and 3 (rhw, COURT STAFF)(Filed on 4/28/2005) (Entered: 05/04/2005)
04/28/2005 - 4132 Title Sheet and Jury Attendance Record as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/28/2005) (Entered: 05/04/2005)
04/29/2005 - 0 133 Proposed Verdict Form by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/29/2005) (Entered: 05/04/2005)
04/29/2005 - 4134 MOTION for in camera determination of discoverability with attachments by USA as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 4/29/2005)(Entered: 05/04/2005)
04/29/2005 - 4135 ORDER deyning motion to seal as to Gil A. Shinohara . Signed by Judge William H. Alsup (rhw, COURT STAFF)(Filed on 4/29/2005)(Entered: 05/04/2005)
05/02/2005 - 4136 ORDER as to Gil A. Shinohara Sentencing set for 10/27/2005 09:00 AM in Guam District Court. Signed by Judge William H. Alsup on 4/28/05. (rhw, COURT STAFF)(Filed on 5/2/2005)(Entered: 05/09/2005)
05/12/2005 - 4137 MOTION for leave to dismiss count 1 and counts 4 through 10 by USA as to Gil A. Shinohara. (rhw, COURT STAFF)(Filed on 5/12/2005) (Entered: 05/16/2005)
05/17/2005 - 4140 ORDER closing file CR 04-0413 WHA (in Northern District Court of California) and reactivating Criminal No. 03-00047 (in District Court of Guam) as to Gil A. Shinohara . Signed by Judge William H. Alsup on 5/16/05. (rhw, COURT STAFF)(Filed on 5/17/2005)(Entered: 05/19/2005)
05/17/2005 - ' ORDER OF TRANSFER (Rule 21) to District of Guam as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 5/17/2005) (Entered: 05/19/2005)
05/17/2005 - ***Set/Clear Flags as to Gil A. Shinohara, ***Case Terminated as to Gil A. Shinohara (Entered: 05/19/2005)
05/17/2005 - 0141 ORDER re trial exhibits as to Gil A. Shinohara . Signed by Judge William H. Alsup on 5/16/05. (rhw, COURT STAFF)(Filed on 5/1712005)(Entered: 05/19/2005)
05/31/2005 - J Pursuant to order of May 17, 2005, certified copy of entire file and certified copy of docket sheet sent to the District of Guam via U.S. Certified Mail as to Gil A. Shinohara (rhw, COURT STAFF)(Filed on 5/31/2005)(Entered: 05/31/2005)

;
Applies to: DFT Shinohara, Gil A. [MBA EOD 06/10/2005]