MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

DAVID LUJAN, ESQ.
Lujan, Unpingco, Aguigui & Perez, LLP
3rd Floor, Pacific News Building
238 Archbishop Flores Street, Suite 301
Hagatna, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
Attorneys for Defendant
GIL A. SHINOHARA

**FILED**
DISTRICT COURT OF GUAM

SEP 19 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIL A. SHINOHARA, a/k/a <br> GIL SHINOHARA, <br><br> Defendant. | CR. No. 03-00047 <br><br> DEFENDANT'S MOTION TO FILE SENTENCING STATEMENT UNDER SEAL |

Counsel for the Defendant moves the Court that the Defendant's Sentencing Statement be filed under seal. The Sentencing Statement contains confidential information that should not be a matter of public record.

LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ATTORNEY FOR DEFENDANT

STATEMENT OF NO OBJECTION

The United States does not object to the Defendant's Motion that his Sentencing Statement be filed under seal.

Dated: 9/19/05

LEONARDO RAPADAS
UNITED STATES ATTORNEY FOR GUAM AND
THE NORTHERN MARIANA ISLANDS

By: /s/ ,
JOSEPH WILSON,
ASSISTANT UNITED STATES ATTORNEY