MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

DAVID LUJAN, ESQ.
Lujan, Unpingco, Aguigui & Perez, LLP
3rd Floor, Pacific News Building
238 Archbishop Flores Street, Suite 301
Hagatna, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
Attorneys for Defendant
GIL A. SHINOHARA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 03-00047 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GIL A. SHINOHARA, a/k/a GIL SHINOHARA, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the ~~Defendant's~~ Sentencing Statement be filed under seal.

**DENIED!**

Dated: 9/21/05

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

*ORIGINAL*

RECEIVED
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT