| | | | | |
|---|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: | |
| | TRANSCRIPT ORDER | | | |

Read Instructions on Back.

| 1. NAME Jeffrey J. Strand, AUSA | 2. PHONE NUMBER (671) 479-4118 | 3. DATE September 19, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS 108 Hernan Cortez Ave., Ste. 500 | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER Cr. No. 04-0413 WHA | 9. JUDICIAL OFFICIAL WHA | DATES OF PROCEEDINGS | |
| | | 10. FROM 4/18/2005 | 11. TO 4/27/2005 |
| 12. CASE NAME U.S. v. Gil A. Shinohara | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Francisco | 14. STATE California |

15. ORDER FOR
- [ ] APPEAL
- [X] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

**Please provide all witness testimony for witnesses below:**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | William B.S.M. Flores | 4/18/2005-4/27/2005 |
| ☐ OPENING STATEMENT (Defendant) | | Takahisa Goto | " " " " |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ~~XXXXXXXXXXXXXXXXXXXXX~~ | |
| ☐ CLOSING ARGUMENT (Defendant) | | James Mummert | " " " " |
| ☐ OPINION OF COURT | | Mike Naholowaa | " " " " |
| ☐ JURY INSTRUCTIONS | | ~~XXXXXXXXXXXXXXXXXXXX~~ ☐ OTHER (Specify) | |
| ☐ SENTENCING | | *William D. Leon Guerrero | 4/18/2005 |
| ☐ BAIL HEARING | | *(Direct exam only) | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | [X] | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signed] J. Strand*

19. DATE September 19, 2005

**FILED**
DISTRICT COURT OF GUAM
SEP 19 2005
MARY L.M. MORAN
CLERK OF COURT

| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |
|---|---|---|---|
| ORDER RECEIVED | DATE | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY