MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Gil A. Shinohara*

FILED
DISTRICT COURT OF GUAM
SEP 16 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00047 |
| v. | CERTIFICATE OF SERVICE |
| GIL A. SHINOHARA, | |
| Defendant. | |

I, DAVID J. LUJAN, ESQ., hereby state that on the 16th day of September, 2005, I caused to be served via hand delivery a copy of Defendant Shinohara's Sentencing Statement on the following counsel of record at their address:

Joseph F. Wilson
Assistant U.S. Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Suite 500, Sirena Plaza Building
Hagåtña, Guam 96910

Dated this 16 day of September, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
*Co-counsel for Defendant Gil A. Shinohara*