Shinohara.CER

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA<br>a/k/a GIL SHINOHARA,<br><br>Defendant. | CRIMINAL CASE NO. 03-00047<br><br>**CERTIFICATE OF SERVICE** |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on October 25, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Response to Defendant's Motion For Release on Bond Pending Appeal**, in United States v. Gil A. Shinohara a/k/a Gil Shinohara, Criminal Case No. 03-00047 to the following counsel:

> David J. Lujan
> Lujan, Unpingco, Aguigui & Perez, LLP
> Suite 300, Pacific News Bldg.
> 238 Archbishop Flores St.
> Hagatna, Guam 96910
> FAX: 477-5297

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 1 -