MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendant Gil A. Shinohara*

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR03-00047 |
| vs. | **DEFENDANT GIL A. SHINOHARA'S SENTENCING EXHIBITS** |
| GIL A. SHINOHARA, aka GIL SHINOHARA, | |
| Defendant. | |

Defendant, Gil A. Shinohara, submits the following sentencing exhibits:

| Description | Bates Number |
|---|---|
| 1. Letter dated September 12, 2005 from Paul V. Shinohara. | 000001 |
| 2. Letter dated October 10, 2005 from Carmen S. Toal | 000002 |
| 3. Letter dated October 25, 2005 from Island Health Clinic Signed by F.T. Lizama, M.D. | 000003-000004 |

Dated this 25th day of October, 2005.

LUJAN, AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
*Attorney for Defendant Gil A. Shinohara.*

Page 1 of 1

USA v. Gil A. Shinohara aka Gil Shinohara
Criminal Case No. CR03-00047
Defendant Gil A. Shinohara's Sentencing Exhibits

September 12, 2005

Honorable William Alsup
Northern District Court of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Alsup,

I am writing on behalf of my brother, Gil A. Shinohara. He will soon appear before your court for sentencing. A jury of his peers has spoken and it is with utmost humility that I plead for leniency on my brother's behalf.

Gil is two years older than me and is the first born son of my parent's, Gil & Serafina Shinohara. Growing up as Gil's younger brother, we were subjected to the normal rivalries that brothers experience. He was always the industrious one, the one my father could depend on. Since our father's passing in 1989, Gil has served as the head of the family, providing our mother with the assurance and safety she needs in her day to day life.

More importantly, every year during typhoon season on Guam, Gil is the reliable and resourceful son who helps the family get through the typhoon repairs. For those of us far away from Guam that cannot provide immediate assistance, Gil has always been the dependable son & brother who can bring comfort and reassurance in an emergency.

I know my brother well as a loving, generous father and brother. He has withstood considerable physical, emotional and financial stress in the past year. He is not a healthy man for his 44 years of age. He is not a risk to society by any means.

As a judge, I know you must apply whatever punishment that is required within the guidelines of the law and I have no doubt that you are a compassionate man with great intellect. All that I ask is that you consider the good that my brother has provided and could continue to provide his family on Guam. It is with great respect that I again ask for the utmost leniency in your judgment upon my brother, Gil.

Sincerely,

Paul V. Shinohara

2725 Glen Forest Lane
Plano, TX 75023

October 10, 2005

The Honorable William Alsup
Northern District Court of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Alsup,

I am Carmen Toal, elder sister of Gil A. Shinohara, who will very soon appear for sentencing in your court. I humbly write to request leniency.

I have lived off-island for many years and whenever I returned to Guam, it was not unusual to receive comments from local citizens, recognizing my brother's kindness towards them whenever they sought assistance from the Suruhano's Office. Elderly people often said, "He's just like your father".

Gil was only about eleven years old when I went away to college. He grew up to be a very thoughtful and generous person, and these traits were amplified with our father's death. Being the oldest son, he consulted with family members and managed the funeral procedures. From then on, our mother has come to rely on Gil for many reasons. He has always been an advocate for our younger siblings and, while he does not reside with our mother, she more or less views Gil as the head of the family or "man of the house". Our mother has had to be a very strong person to bear and raise ten children, care for elderly relatives and see them through their final days, and lose her husband of thirty five years; however, I am concerned about how the sentencing will affect her emotional and physical well-being.

Because Gil is a very caring son, brother, and parent, he maintains a brave front for our benefit. Still, we see the impact of this year's emotional and financial stressors. He is not well physically, and I can not imagine my brother being a danger to himself or others.

On my brother's and mother's behalf, I respectfully request leniency in sentencing.

Sincerely,

*Carmen S. Toal*
Carmen S. Toal

F. T. Lizama, MD.
241 Farenholt Ave., Ste. 204
Tamuning, GU 96913
Tel: (671) 649-8698 Fax: (671) 647-8498

# Island Health Clinic

October 25, 2005

RE: Shinohara, Gil
DOB: 6/16/60

To Whom It May Concern:

I am asked by Mr. Gil Shinohara to provide a complete history of his medical problem.

Mr. Shinohara began seeing me at Island Health Clinic since August 4, 1998. He has a diagnosis of moderate to severe Hypertension. He takes Procardia XL 90mg once daily, Toprol XL 150mg once daily.

He also has Hyperlipidemia. He is on Lipitor. He has Hyperglycemia or Pre-Diabetes. He has insomnia and anxiety. He has been treated with Xanax since October 1998. He has history of urticaria/ angioedemia -allergy/hives.

He has history of transient ischemic attacks (mild strokes) and mild heart attacks. His first one being in 5/95. He was referred to HNL at that time and had urgent cardiac procedures.

Most recently, he is having problems with whole body swelling, signs of right heart failure and sleep apnea.

He is found to need CPAP machine at night with sleep. This machine is being ordered.

Mr. Shinohara is on multiple medications. He is on Micro K 40mg twice daily, ECASA 325mg once daily, Ambien 10mg at bedtime as needed, Xanax as needed, Procardia XL 90mg once daily, Toprol XL 150mg once daily, Lasix 40mg once daily, and Lipitor 20mg at bedtime.

He requires at least quarterly medical follow-up for his chronic stable conditions, but most recently, he is seen more frequently due to his sleep apnea, diuresis, and complications of iatrogenic hypokalemia.



I have ordered follow up labs in 2 weeks and follow up appointment in 2 months.

Please feel free to call if you need further information or have questions regarding Mr. Shinohara's medical problems.

Sincerely,

Florencio T. Uzama, MD.
Internal Medicine