MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Gil A. Shinohara*

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 03-00047 WHA |
| v. | **CERTIFICATE OF SERVICE** |
| GIL A. SHINOHARA a/ka/ GIL SHINOHARA, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

DAVID J. LUJAN, hereby certify that a copy of Defendant's Sentencing Exhibits was duly served to the following:

        JOSEPH F. WILSON
        Assistant U.S. Attorney
        Suite 500, Sirena Plaza
        108 Hernan Cortez Avenue

DATED:    October 25, 2005, Hagåtña, Guam.

        Respectfully submitted,

        _____
        MICHAEL JAY GREEN, ESQ.
        DAVID J. LUJAN, ESQ.
        *Attorneys for Defendant Gil A. Shinohara*