MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Gil A. Shinohara*

FILED
DISTRICT COURT OF GUAM
OCT 26 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR03-00047 |
| vs. | **DEFENDANT GIL A. SHINOHARA'S SUPPLEMENTAL SENTENCING EXHIBITS** |
| GIL A. SHINOHARA, aka GIL SHINOHARA, | |
| Defendant. | |

Defendant, Gil A. Shinohara, submits the following sentencing exhibits:

| Description | Bates Number |
|---|---|
| 1. Letter from Serafina Q. Shinohara | 000005 |
| 2. Letter dated 31, August 2005 from Dan J. Shinohara | 000006-000007 |
| 3. Letter dated September 5, 2005 from Maria Shinohara | 000008 |
| 4. Letter dated September 29, 2005 from Elizabeth J. Shinohara | 000009-000013 |
| 5. Letter dated 12 October 2005 from Rev. Fr. James L.G. Benavente | 000014 |
| 6. Letter dated October 24, 2005 from Sam Shinohara | 000015-000016 |

Dated this 26th day of October, 2005.

LUJAN, AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
*Attorney for Defendant Gil A. Shinohara.*

Honorable William Alsup
U.S. District Court Judge
District of Guam (Designated)

My name is Serafina A. Shinohara. I am the mother of Gil A. Shinohara, the defendant. Honorable Judge Alsup, I am asking if you can find it in your good heart to pardon, or give my son Gil, a lenient sentence. My son is a good man. And I'm very proud of him. Please, I know you will do your best. I thank you, from the bottom of my heart.

Serafina A. Shinohara

31 August 2005

To whom it may concern:

Gil "Sonny" Anthony Shinohara, is an exceptional citizen, entrepreneur, government servant and family member. I trust my brother Sonny with my life and this letter is to convey to you that he is a resolute steward of my family as well as a vital administrator of every office he was appointed to lead. Hard work brought my brother, Sonny, up the ranks of various private and government offices. Even without a formal college education, he earned the respect of colleagues and garnered the business savvy to become a small yet lucrative businessman. Long hours and real world experience fashioned him to become a responsible and dedicated man and a key component of my family's foundation.

My father characterized our family's name with the attributes of compassion, charity, integrity and excellence. Since I was a child, I remember my family employed numerous people that did not have many possessions or we fed their families on a normal basis. In retrospect, my family was simply expressing the island custom of opening your home to guests but it is safe to say that they went above and beyond. During my upbringing, all of my siblings were taught the importance of integrity and how that is the most indelible trait that people will remember. My father knew that excellence in all we do is like the icing on a cake – it's the first thing people notice. Therefore, he emphasized for us to take care of others and do it right.

The combined characteristics that my father instilled in all of my family members are most noticeable in Sonny. Senators in the Guam Legislature hired my brother as a government employee and allowed him to grow and prosper. As he served in different offices, he exceeded expectations, balanced budgets, cared for his employees and their families and was granted promotions that eventually seated him as the Chief of Staff of the Governor of Guam. His dedication to the mission at hand allowed him to create results where others failed. Coupled with the compassion of helping people, Sonny made significant enhancements working for the government.

Outside of his life in the spotlight as an appointed government official, he takes care of our family and provides stability during tough times. From our weekly beach outings when I was a kid to blessing my marriage in the place of our father, Sonny is always there. When car accidents, typhoons or family disputes occurred, Sonny is the one that we sought for counsel. He is a kind and compassionate man that always strives to do his best to provide for our family.

God, family and work are the three priorities that Sonny used, in conjunction with the attributes passed down from our father, to live his life. He helped so many people and is

a pillar of my family. I have full confidence that he did not intentionally do anything wrong. The greatest desire that we all have is our ability to stand in front of our parents and know that they look at us proudly. If there is anything that my brother is guilty of, it is his dedication to our family and most especially to our mother. I cannot describe the anger I feel towards those that have nothing better to do than find weak points in a levy that can be easily repaired then chip away at that point until he creates a hole that was not originally there. I applaud my brother for his amazing strength and courage in the face of persecution over the past year.

Sonny is an exceptional brother, mentor and role model. I am proud to be his brother and I am sure our father is looking down – proud of his son.

Respectfully,

Dan J. Shinohara

000007
Case 1:03-cr-00047    Document 230    Filed 10/26/2005    Page 4 of 13

Maria I. Shinohara
Plaza de los Luceros 15-2-A
Alicante, Spain 03004
Tel: 34-651-54-63-07 email: mshinohara@hotmail.com

September 5, 2005

Honorable Judge William Alsup
United States District Court Judge
District of Guam
(Designated)


Dear Honorable Judge William Alsup,


I am perfectly aware there is no letter capable of easily summarizing, not even with a few concise lines the most accurate profile or description of any person, which is very important in this case considering it is about my brother and the circumstances of what this letter involves, but I truly hope that my words can help you to understand who Gil Shinohara is and to make a fair decision in his sentencing.

We are a very close family of 10 brothers and sisters with Gil being the oldest brother. Our father passed on very early in his life and like all of us Gil took it very hard. It almost seemed as if he made a promise to my father that he would bring our family forward because he has always been dedicated to taking care of everyone especially our mother making sure she is always well attended to, It is in his nature to do so. Gil has helped me in ways that have brought me to look up to him like a father figure. He has guided me through some of the most important times of my life sometimes just by being there and offering me advice and support in making major life decisions. I know what he has done for me, he has also done for my brothers and sisters in their times of critical need. It is amazing to think that without even completing a University degree Gil managed to be very successful in his career with the Government of Guam always in the capacity of public service and always providing assistance to those who were in need. He is very charismatic, personable and well intentioned.

Apart from being a father figure to his 9 brothers and sisters Gil has six children of his own some that are still in school and the older ones that are starting their careers or that are married and established with children. For Gil, his family constitutes the reason of being of his life, his constant worry and his permanent motivation, and consequently any decision concerning him affects those who love and are around him, and I do not exaggerate if I say Gil is the foundation of our family.

I recognize Gil has been convicted of a serious offence, but I hope the facts I have briefly expressed to you can be helpful in order to make the fairest decision. It is eveident that this case has taken its toll on Gil. He hasn´t been at his healthiest lateley and has been in the hospital recently. He has had such a great fall from being at the top of his career to being on the verge of getting sentenced. His credibility has been questioned and it has drained him. It is an unfortunate situation that my brother who is the heart of the family along side my mother is about to face sentencing. Please know that we love Gil, we need Gil, his children need him the most and we are praying for him in the hopes that he get the least possible sentence so that he may continue to be present daily in the lives of his children.

Thank you for taking this letter in to consideration.

Sincerely,

*Maria d. Shinohara*
Maria Shinohara

September 29, 2005

To: Honorable William Alsup
U.S. District Court Judge
District of Guam
(Designated)

Fr: Elizabeth J. Shinohara
310 Y Seng Song Rd.
Dededo, Guam 96929


Dear Judge Alsup,
Thank you so very much for this opportunity to be able to write to you.
My name is Elizabeth J. Shinohara I am the sister of Bill A. Shinohara who will be sentenced on October 27th, 2005.
Upon the ending of my brothers first trial I remember him saying that you seem to be a fair judge. I just want to thank you for that.
There's ten children in my family. Five girls and five boys. I am the third oldest and my brother Bill is the 4th oldest child and the oldest son born into our family.

Although I am two years older than my brother Gil I have always admired him.

As we were growing up our parents owned a little grocery store. My brother Gil and I would always go there after school and help out. He'd also work on the weekends.

Gil graduated from high school, but never went to college. Although my brother Gil never went to college I have always been proud of him. A high school graduate only, but has held many different jobs. Whatever job he had he'd give it his all. He is a very hard working man and always tries to do his best.

Our family is a close knit family. Of course like any other family we may have our differences every now and then, but we never stray from one another.

This problem that my brother is facing has put a strain on everyone in the family. Because we are all so close it hurts us to see him going through such a difficult time.

My brother has been very supportive to all of us in the family especially since our father passed away January 11, 1999. He has always been

000010
Case 1:03-cr-00047    Document 290    Filed 10/26/2005    Page 7 of 13

there for all of us. I guess he's always tried to take our father's place since he's the oldest son. I think he felt it was his responsibility to try his best to always be here for us. He's especially always been very supportive to our mother.

I live with my mother and my two children, and I am a single parent.

My brother calls our mother everyday, and also comes by to visit just about everyday. He calls to make sure she's okay or ask if she needs anything. Our mother is 71 yrs. old and not in the best of health but still gets around.

I know that my mom constantly worries about my brother because he is not in the best of health either, and wonders what will happen to him on his sentencing day.

My brother Bill is a good man. He is kind, generous, loving and has a big heart. He is a very giving and caring person. I have never known him to be unkind to anyone.

Judge Alsup, I really feel we would

were to be imprisoned. I feel that it will affect our mother terribly.

My mother and I have always depended on my brother Bill for everything and anything. We know that no matter what he will always be there for us. To give us advice or to comfort us or to somehow walk us through a problem.

I've always told my two children that I come from a large family and if anything should happen to me, that they shouldn't worry because someone in my family or all of them will help them along the way.

I always tell my children to be good, kind and loving towards their Uncle Bill because he is going through a difficult time now and needs our support. I have also told them that their Uncle Bill is the pillar of this family. He is the one that makes sure that we continue to be a close knit family. That he is the one Grandma counts on for everything.

I think since my father passed away she always looked at my brother

000012

Although he is a couple of years younger than me. He just always seemed so mature and knowledgeable about everything.

Thank you so very much Judge Alsup for allowing me to share a little of our family history with you.

Respectfully,
Elizabeth J. Shinohara

CCCC13



# Dulce Nombre de Maria Cathedral-Basilica

207 Archbishop Felixberto C. Flores Street • Hagåtña, Guam 96910 • Tel (671) 477-1842 or (671) 472-6201 • Fax (671) 472-1729

**PASTORAL STAFF**

Archbishop
Anthony Sablan
Apuron
O.F.MCap., D.D.
*Pastor*



Fr. James L.G.
Benavente
*Rector*



Fr. David C.
Quitugua
*Vice Rector*



Fr. James Bejer,
SSP
*Vice Rector*



Fr. Tom McGrath,
S.J.
*Priest in Residence*



Rev. Mr. John C.
Dierking
*Deacon*



Sr. Marian T.
Arroyo, RSM
*Director,
Office of Worship*



Honorable William Alsup
United States District Court Judge
520 West Soledad Avenue
Hagatna, Guam 96910

12 October 2005

Your Honor,

I write this letter in behalf of Mr. Gil Shinohara, whom I consider a long-time personal friend, as well as a friend of the local Catholic Church community.

I have known Mr. Shinohara most of my life and without question, he is a good man. Even people with the best intentions find themselves in uncertain situations. As a priest serving our community here on Guam, it is very difficult for me to see members of our community in situations such as Mr. Shinohara.

As I write this letter, I cannot help but reflect upon the servant in Matthew's gospel (Mt 18:21-35), wherein the servant, owing a debt to his master, begs for mercy. The master, "moved with pity," forgives him of his debt. The servant is thus given another opportunity to be living example of what it means to be forgiven. Instead, in this particular passage, the servant doesn't realize the second chance he was given by appreciating the mercy and forgiveness showered over him by his master.

Your Honor, I am not asking that you forgive the debt of Mr. Shinohara, but I am asking that you be compassionate and merciful in your judgment of him. Unlike the unappreciative servant in the passage from Matthew's gospel, I can attest, as well as put fervent faith, that Mr. Shinohara will be most appreciative and humbled for being the beneficiary of your compassion and mercy. I have found in my experience that those given a second chance in life can become better citizens than most of us because they realize that they almost lost something they often take for granted...their freedom.

In the days leading to Mr. Shinohara's sentencing, and the actual date itself, I can only offer Mr. Shinohara my prayers that whatever judgment you impose on him will be one tempered and guided by the Holy Spirit. Mr. Shinohara has expressed to me that he will accept whatever sentence is handed him. He has taken ownership and responsibility for what has led him to this juncture in his life. As I have promised him, I will continue to offer him, and you as well, the one thing I consider myself to be good at...my prayers.

With warm personal regards,

Rev. Fr. James L.G. Benavente
Rector

Judge William Alsup
U.S. District Court

October 24, 2005

Dear Judge Alsup,

My name is Samuel Shinohara and I am the brother of Gil Shinohara. I appreciate your taking the time to read this letter and also appreciate all the time and effort that was spent on my brother's case. I attended many of the court sessions in San Francisco and watched as you presided over the trial.

Perhaps you will be surprised to hear me start off by saying that my brother is a flawed man. My brother is not an infallible man. Most of us aren't. There is no doubt that my brother is guilty of infidelity, and I'm certain that my brother will never be characterized as being a saint. He talks like a truck driver, but despite these flaws, my brother is a very good man. He loves his family tremendously, and would bend over backwards to help any of us. He is by far, the most generous individual I know. Gil is always there to help someone in a time of need. During typhoons and other times of disaster on the island he sacrificed himself to ensure that his duties as a government official were fulfilled. I cannot tell you how many people my brother PERSONALLY helped to get things back together after a typhoon. There are countless people that he helped to get back on their feet by providing them with access to the bare necessities of life (food & water) never hesitating to dig into his own pocket to help someone needy.

There are many people that don't like my brother. I cannot say that I blame them, but those people haven't really had the opportunity to get to know him. At first, he appears to be a very verbally abusive person. Every other word out of his mouth is F this and F that, but once you get to know him, you'll understand that it's just the way he talks. Not saying that I agree with his choice of words, but once you get past his brashness, and get to know him, you'll find that he's someone that you'd want on your team.

Judge, my family has suffered quite a bit as a result of this case. There is no doubt that the prosecution team worked hard to prosecute my brother. I must admit that their behavior has led me to lose some faith in the justice system. My family has had to endure many years of discomfort because of the prosecution's decision to follow us around and listen to our every conversation. You couldn't pick up the phone without hearing all the clicking sounds of a wire tap. This to me was a clear indication that someone was working overtime to catch my brother doing something, or perhaps trying to catch someone else in my family so that we could be turned against my brother. Not that there was anything we were trying to hide, but you just felt that your privacy was constantly invaded, and that is a very troublesome issue for me. There was absolutely no reason for them to involve my family in their endeavor to convict my brother.

Your honor, the sentencing of my brother to any time in prison will only further the suffering of my family. My mother is elderly, and I'm not sure that she will be able to endure seeing my brother behind bars. In addition, I believe that my brother is and can still be a productive member of society.

Your honor, I am certain that you will be fair and judicious upon rendering sentence to my brother, but I am writing to appeal to your compassion. He is a good man with a lot to offer the island. I ask that when you consider a sentence to render upon him that you consider the many good things that he has done for the people of Guam. Some people may not have always agreed with the manner in which things were carried out, but I believe that my brother was always well intentioned when fulfilling his duties to help the people of Guam.

Sincerely,

Sam Shinohara