MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

Attorneys for Defendant Gil A. Shinohara

FILED
DISTRICT COURT OF GUAM
OCT 26 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GIL A. SHINOHARA a/ka/ GIL SHINOHARA,<br><br>Defendant. | CR. No. 03-00047 WHA<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

DAVID J. LUJAN, hereby certify that a copy of Defendant's Supplemental Sentencing Exhibits was duly served to the following:

> JOSEPH F. WILSON
> Assistant U.S. Attorney
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue

DATED: October 26, 2005, Hagåtña, Guam.

Respectfully submitted,

_____
MICHAEL JAY GREEN, ESQ.
DAVID J. LUJAN, ESQ.
*Attorneys for Defendant Gil A. Shinohara*

**ORIGINAL**