# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING



FILED
DISTRICT COURT OF GUAM
OCT 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-03-00047**          **DATE: October 27, 2005**

HON. WILLIAM ALSUP, Designated Judge         Law Clerk: Kim Walmsley & Jennifer Moton
Court Reporter: Wanda Miles                                Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:31:16 - 12:51:53     CSO: N. Edrosa / J. Lizama

**********************APPEARANCES**************************

**DEFT: GIL A. SHINOHARA**                      **ATTY: MICHAEL GREEN & DAVID LUJAN**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.    ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                       AGENTS: TY LEE, I.R.S.; S. MOORE, FBI;
                                                 R. FUENTES, OFFICE OF THE INSPECTOR GEN.

U.S. PROBATION: CARLEEN BORJA                    U.S. MARSHAL: S. LUJAN / G. PEREZ / F. TAITAGUE
                                                 M. UNGACTA

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
   Base offense level:            Total offense level: 24     Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( X ) DEFENDANT ADDRESSES THE COURT

(  ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Mr. Green requested for a judicial recommendation for Sheridan, Oregon because he has two sons, Gil A. Shinohara III and Ryan Jude, who live close to the area and for the defendant to be allowed to self-surrender to the designated facility. The Court Granted both requests and ordered the defendant to self-surrender by January 13, 2006 to the designated Bureau of Prisons.

Mr. Green argued his Motion for Release Pending Appeal. The Court took the matter under submission and will issue an order shortly.

| | |
|---|---|
| SENTENCE: CR-03-00047-0001 | DEFENDANT: GIL A. SHINOHARA aka GIL SHINOHARA |

( X )     DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 32 MONTHS WITH CREDIT FOR TIME SERVED (APPROXIMATELY ONE DAY).

( X )     COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT SHERIDAN, OREGON BECAUSE THE DEFENDANT HAS TWO SONS, GIL A. SHINOHARA III, AND RYAN JUDE, WHO LIVE CLOSE TO THE AREA.

( X )     UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL GIVE A SPEECH TO AT LEAST 200 PEOPLE. THE SPEECH MUST BEGIN WITH "I AM A CONVICTED FELON". DEFENDANT MUST ADMIT TO PEOPLE WHAT THEY DID, THEIR SENTENCING AND THE COST OF COUNSEL. THE SPEECH COULD BE DONE TO SMALLER GROUPS AND SHOULD BE COORDINATED WITH THE PROBATION OFFICER.

2. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE.

3. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIMES.

4. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AT THE DIRECTION AS DIRECTED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND PURSUANT TO 18 U.S.C. §3583.

8. DEFENDANT SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND TO A MAXIMUM OF EIGHT URINALYSIS TESTS PER MONTH THEREAFTER.

9. DEFENDANT SHALL PERMIT THE PROBATION OFFICER ACCESS TO ANY AND ALL FINANCIAL DOCUMENTS AND RECORDS.

DEFENDANT WAS ORDERED TO PAY $150,000.00 IN RESTITUTION TO THE BANK OF GUAM. PAYMENTS SHALL BE REMITTED TO THE CLERK OF COURT.

DEFENDANT WAS ORDERED TO PAY A FINE OF $10,000.00 AND A SPECIAL ASSESSMENT FEE OF $200.00.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: ____