# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100**

USA,

             Plaintiff,

        vs.                        Case No. 1:03-cr-00047

Gil A. Shinohara aka Gil Shinohara,

             Defendant.

# NOTICE OF ENTRY OF ORDER

    **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order Denying Motion for Release on Bond Pending Appeal
Date of Entry of Order: November 1, 2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** November 1, 2005

                                   Clerk of Court
                                   **/s/ Mary L.M. Moran**