# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Gil A. Shinohara, aka Gil Shinohara, <br><br> Defendant. | Case No. 1:03-cr-00047 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Denying Motion for Release on Bond Pending Appeal and the Notice of Entry of Order filed November 1, 2005*, on the dates indicated below:

*U.S. Attorney's Office*  *David J. Lujan*  *Michael J. Green via David Lujan's Office*
*November 2, 2005*  *November 2, 2005*  *November 2, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Denying Motion for Release on Bond Pending Appeal and the Notice of Entry of Order filed November 1, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005                              /s/ Leilani R. Toves Hernandez
                                                                              Deputy Clerk