MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

DAVID J. LUJAN, ESQ. and
PETER C. PEREZ, ESQ.
LUJAN, AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Gil Shinohara*

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>GIL A. SHINOHARA,<br><br>Defendant. | CR-03-00047<br><br>NOTICE OF APPEAL |

Pursuant to Rule 4(b), Fed.R.App.P., Gil Shinohara appeals to the Ninth Circuit Court of Appeals the final judgment and sentence entered in this action October 27, 2005.

Pursuant to Rule 3(e), Fed.R.App.P., contemporaneously with the filing of this Notice of Appeal, Gil Shinohara paid to the Clerk of the United States District Court, District of Guam, the requisite filing fee of $255.00.

LUJAN UNPINGCO AGUIGUI & PEREZ LLP,

_____
PETER C. PEREZ, ESQ.,
Co-Counsel for Gil Shinohara

Page 1 of 2
*United States of America v. Shinohara*
CR-03-00047
*Notice of Appeal*

ORIGINAL

Case 1:03-cr-00047   Document 240   Filed 11/03/2005   Page 1 of 2

**Proof of Service**

I certify that on November 3rd, 2005, I caused a copy of the foregoing Notice of Appeal to be served upon:

Leonardo M. Rapadas, Esq.
United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
Telephone    (671) 472-7332
Facsimile     (671) 472-7215

Service was accomplished by delivery of a copy of the Notice of Appeal by messenger to the above-named person at the above named address. Executed this 3rd day of November, 2005.

/s/ Peter C. Perez
Peter C. Perez, Esq.

Page 2 of 2
*United States of America v. Shinohara*
*CR-03-00047*
*Notice of Appeal*
Case 1:03-cr-00047    Document 240    Filed 11/03/2005    Page 2 of 2