# United States District Court, District of Guam
# DIGITAL AUDIO RECORDING ORDER
(FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

Read Instructions on Back

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| LUJAN, AGUIGUI, PEREZ | 4778064 | 11/28/05 | |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| 238 ARCHBISHOP FLORES ST. STE. 300 PNB BLDG. | HAGATNA | GU | 96932 |
| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
| CR03-00047 | GIL SHINOHARA | 10. FROM 10/27/05 | 11. TO 10/27/05 |
| 12. PRESIDING JUDICIAL OFFICIAL | | LOCATION OF PROCEEDINGS | |
| JUDGE ALSUP | | 13. CITY HAGATNA | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | 10/27/05 10:31:16 - 12:51:53 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | 10/27/05 | | |
| [ ] BAIL HEARING | | | |

17. ORDER

**FILED**
DISTRICT COURT OF GUAM
NOV 30 2005
MARY L.M. MORAN
CLERK OF COURT

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | 1 | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

**RECEIVED**
NOV 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| 18. SIGNATURE | 19. DATE 11/28/05 | |
|---|---|---|
| PROCESSED BY Rox Mary B. M____ 11/29/05 | PHONE NUMBER | |
| ORDER RECEIVED | DATE 11/29/05 | BY | DEPOSIT PAID |
| DEPOSIT PAID | 11/29/05 | | TOTAL CHARGES |
| CD DUPLICATED | 11/29/05 | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD | 11/30/05 | | TOTAL REFUNDED |
| PARTY RECEIVED CD | | | TOTAL DUE |