| | | |
|---|---|---|
| AO 435 (Rev. 1/90) | **ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**<br>**TRANSCRIPT ORDER**<br>*Read Instructions on Back.* | **FOR COURT USE ONLY**<br>**DUE DATE:** |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| MICHAEL JAY GREEN | 808-521-3336 | December 2, 2005 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 345 Queen Street, 2nd Floor | Honolulu | HI | 96813 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR-03-00047 | ALSUP | 10. FROM April 18, 2005 | 11. TO April 28, 2005 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA vs. Shinohara | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Entire Trial on counts 1-10-Dates April 18, 2005- April 22, 2005, April 25, 2005- April 28, 2005

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [X] SENTENCING | October 27, 2005 (Completed) w/miles in Guam | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE |
|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | |
| DAILY | [ ] | [ ] | NO. OF COPIES | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | |

**FILED**
DISTRICT COURT OF GUAM
DEC - 2 2005
MARY L.M. MORAN
CLERK OF COURT
246

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | ESTIMATE TOTAL |
|---|---|
| [signature] | |
| 19. DATE 12-2-05 | PROCESSED BY |
| | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 12/02/05 | cvm/jem | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | * 11/28/05 wm (sentencing only) | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY