MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336; Facsimile: (808) 566-0347
DAVID J. LUJAN, ESQ.
Lujan, Aguigui & Perez, LLP
3rd Floor, Pacific News Building
238 Archbishop Flores Street, Suite 301
Hagatna, Guam 96910
Telephone: (671) 477-8064; Facsimile: (671) 477-5297
Attorneys for Defendant
GIL A. SHINOHARA

FILED
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. NO. 03-00047 |
| | ) | |
| v. | ) | DEFENDANT SHINOHARA'S |
| | ) | MOTION TO CONTINUE |
| GIL A. SHINOHARA, | ) | MITTIMUS DATE; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |
| | ) | |

### DEFENDANT SHINOHARA'S MOTION TO CONTINUE MITTIMUS DATE

Defendant Shinohara, by undersigned counsel, hereby moves this Honorable Court to continue his mittimus date. This motion is made pursuant to Ninth Circuit Rule 9-1.2(e).

1

On December 29, 2005, defendant Shinohara filed a Motion for Appellate Review of District Court's Order Denying Motion for Release on Bond Pending Appeal with the United States Court of Appeals for the Ninth Circuit. This motion was filed pursuant to Fed.R.App.P. 9(b), Ninth Circuit Rule 9-1.2 and 18 U.S.C. 3143(b).

Defendant Shinohara is currently released on bond, with January 13, 2006 as his scheduled mittimus date.

Ninth Circuit Rule 9-1.2(e) provides:

> If the [defendant] is on bail at the time the motion is filed with [the Ninth Circuit], that bail will remain in effect until the court rules on the motion.

Accordingly, defendant Shinohara respectfully asks this Court to continue his mittimus date until the Ninth Circuit rules on his motion.[1]

DATED: January 6, 2006.

Respectfully submitted,

MICHAEL JAY GREEN
DAVID J. LUJAN
Attorneys for Defendant
GIL A. SHINOHARA

---

[1] By letter dated December 29, 2005, defendant Shinohara asked the government whether a stipulation to continue the mittimus date would be acceptable. To date, the government has not responded.