**MICHAEL JAY GREEN, ESQ.**
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Gil A. Shinohara*

FILED
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 03-00047 WHA |
| v. | **CERTIFICATE OF SERVICE** |
| GIL A. SHINOHARA a/k/a/ GIL SHINOHARA, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

DAVID J. LUJAN, hereby certify that a copy of Defendant's Shinohara's Motion to Continue Mittimus Date was duly served to the following:

>JEFFREY STRAND
>Assistant U.S. Attorney
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue

DATED: January 6, 2006, Hagåtña, Guam.

Respectfully submitted,

_____
MICHAEL JAY GREEN, ESQ.
DAVID J. LUJAN, ESQ.
*Attorneys for Defendant Gil A. Shinohara*