**DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA<br>Defendant. | ) CRIMINAL CASE NO.03-00047-001<br>)<br>)<br>)<br>) APPLICATION FOR RELEASE<br>) OF PASSPORT<br>)<br>) |

COMES NOW, Gil A. Shinohara (defendant) in the above-captioned case and requests for the release of his __Passport #120291145__ held by the Court pursuant to his pretrial release conditions. Mr. Shinohara will need his passport in order to self-surrender to the Federal Correctional Institution at Sheridan, Oregon on February 6, 2006, to begin serving the imprisonment term ordered at sentencing.

Dated this 2nd day of February 2006.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

ORIGINAL