**DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA<br>　　　　Defendant. | CRIMINAL CASE NO.03-00047-001<br><br>**ORDER**<br><br>Re: APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

On the application of <u>Robert I. Carreon, U.S. Probation Officer</u>, the Clerk of Court is hereby ordered to release the Passport to the defendant, Gil A. Shinohara. The U.S. Probation Office will notify Mr. Shinohara of the release of passport authorization and instruct him to report to the Court to receive it.

**SO ORDERED** this _3rd_ day of February 2006

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOAQUIN V. E. MANIBUSAN
　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　U.S. District Court of Guam



**RECEIVED**
FEB - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**