PS 40
(REV. 6/05)

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

FILED
DISTRICT COURT OF GUAM
FEB 14 2006
MARY L.M. MORAN
CLERK OF COURT

☐ **Original Notice**

Date: ____________________

By: ____________________

☒ **Notice of Disposition**

Date: ***October 27, 2005***

By: ***William Alsup***
***Designated District Judge***

---

| | | | |
|---|---|---|---|
| Defendant: | **SHINOHARA, Gil Anthony** | Case Number: | **CR #03-00047-001** |
| Date of Birth: | **XX-XX-1960** | Place of Birth: | **Agana Heights, Guam** |
| SSN: | **XXX-XX-0429** | | |

---

**NOTICE OF COURT ORDER** (Order Date: ____________________)

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number __________ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)