FILED
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA,<br>aka GIL SHINOHARA,<br><br>    Defendant. | CRIMINAL CASE NO. 03-00047<br><br>**AMENDED ORDER** |

The Court amends it previous September 22, 2006 order to reflect that the sealed document referenced to is Docket No. 154, not Docket No. 148.

SO ORDERED this 28th day of September, 2006.

*[signature]*

MORRISON C. ENGLAND, JR.*
United States District Judge

---

*The Honorable Morrison C. England, Jr., United States District Judge for the Eastern District of California, by designation.

ORIGINAL