LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Defendant Gil A. Shinohara*

FILED
DISTRICT COURT OF GUAM
JUN 18 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| THE UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR-03-00047-001 |
|---|---|
| Plaintiff, | |
| vs | **MOTION TO RELEASE FUNDS DEPOSITED WITH THE COURT** |
| GIL A. SHINOHARA, | |
| Defendant. | |

The Defendant, who remains incarcerated in the Federal Detention Center in Hagåtña, Guam, pending trial on local charges, moves the Court to exonerate his bond and release to him the funds heretofore deposited with the Court to secure his bail. There being no further need for the Court to retain the funds, it is appropriate that they be refunded, but, pursuant to 28 U.S.C. § 2042, the funds may not be refunded except upon an Order of the Court.

Respectfully submitted this ___ day of June 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
*Counsel for Defendant*

The Government does not object to the motion.

_____
KARON V. JOHNSON, ESQ.
Assistant United States Attorney