**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

*Attorneys for Gil A. Shinohara*

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIL A. SHINOHARA,<br><br>Defendant. | Criminal Case No. 03-00047<br><br><br>**ORDER TO RELEASE FUNDS DEPOSITED WITH THE COURT** |

There being no further need for the Court to retain as bail the funds deposited by the Defendant with the Court, his bond is exonerated and all money held by the Court shall be refunded to the trust account of the law firm of Cunliffe and Cook forthwith.

**IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 25, 2007**