

FILED
DISTRICT COURT OF GUAM
JUL 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA,<br><br>    Defendant. | CRIMINAL CASE NO. 03-00047-001<br><br>**ACKNOWLEDGMENT OF<br>U.S. TREASURY CHECK** |

I, _Anthony Mamitmsan_, hereby acknowledge receipt of U.S. Treasury check no. 00043382, in the amount of $104,223.96, dated July 31, 2007. Attached hereto is a copy of the check.

7/31/07
Date

_[signature]_
Signature

**ORIGINAL**

**United States Treasury** 15-51/000

DISTRICT COURT
AGANA, GU

4694-00043382

Check No.

07 31 07   Release of Funds   00043382

Pay to the order of

TRUST ACCT OF THE LAW OFFICES
CR-03-00047, G. SHINOHARA
OF CUNLIFFE AND COOK, STE 200
210 ARCHBISHOP FLORES ST.
HAGATNA , GU  96910

$***104,223*96

VOID AFTER ONE YEAR

DISBURSING OFFICER

REF. NO.

⑈46948⑈  ⑉000000518⑉  00043382⑈