1 | **SHINOHARA_G.gar1**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MIKEL W. SCHWAB
Assistant U.S. Attorney
4 | JESSICA F. CRUZ
Assistant U.S. Attorney
5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 | Hagåtña, Guam 96910
TEL: (671) 472-7332
7 | FAX: (671) 472-7215

8 | Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00047 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR WRIT** |
| GIL A. SHINOHARA, | ) | **OF CONTINUING GARNISHMENT** |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor GIL A. SHINOHARA, whose last known mailing address is: P.O. Box XXXXXX, Tamuning, Guam 96931(hereinafter "Debtor"), in the above cited action in the principal amount of $160,200.00 which includes a $200.00 special assessment fee, restitution in the amount of $150,000.00 and a $10,000.00 fine. Interest accrues at the legal rate of 4.35 percent.

There is a balance of $166,644.19, as of May 30, 2008 ($140,000.00 restitution principal + $15,538.71 restitution interest as of 5/30/2008 + $10,000.00 fine principal + $1,105.48 fine interest as of 5/30/2008).

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The names and address of the Garnishees or his authorized agents is:

> Government of Guam Retirement Fund
> 424 Route 8
> Maite, Guam 96910

DATED this 2nd day of July, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab
       MIKEL W. SCHWAB
       mikel.schwab@usdoj.gov
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       Jessica.F.Cruz@usdoj.gov