SHINOHARA_G.gar2

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00047 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT** |
| GIL A. SHINOHARA, | ) | |
| Defendant, | ) | |
| GOVERNMENT OF GUAM RETIREMENT FUND, | ) | |
| Garnishee. | ) | |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor GIL A. SHINOHARA in the above cited action.

So Ordered.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
Dated: Jul 15, 2008