**SHINOHARA_G.gar7**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00047 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| GIL A. SHINOHARA, ) | |
| Defendant, ) | |
| ) | |
| GOVERNMENT OF GUAM ) | |
|   RETIREMENT FUND, ) | |
| Garnishee. ) | |

    I hereby certify that on **July 2, 2008**, I electronically filed **Application for Writ of Garnishment** and on **July 17, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed or electronically filed copies of the following: **Application for Writ of Garnishment,**

//

//

flu/mp

**Order Granting Court Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Clerk's Post-Judgment Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant's attorney by certified mail, to defendant by regular and certified mail at his last known address and to the garnishee by personal service on **July 18, 2008**.

```
                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the NMI

DATED:  07/22/2008          By:     /s/ Mikel W. Schwab
                                    MIKEL W. SCHWAB
                                    Assistant U.S. Attorney
                                    mikel.schwab@usdoj.gov
                                    JESSICA F. CRUZ
                                    Assistant U.S. Attorney
                                    Jessica.F.Cruz@usdoj.gov
```

flu/mp

- 2 -