CARLSMITH BALL LLP

JOANNE L. GRIMES (Bar No. 96007)
*jgrimes@carlsmith.com*
ELYZE J. MCDONALD (Bar No. 01004)
*emcdonald@carlsmith.com*
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel.: 671-472-6813
Fax: 671-477-4375

Attorneys for Garnishee,
Government of Guam Retirement Fund



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA,<br><br>Defendant, | CRIMINAL CASE NO. 03-00047<br><br>**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** |
| GOVERNMENT OF GUAM RETIREMENT FUND,<br><br>Garnishee. | |

PLEASE TAKE NOTICE that Garnishee Government of Guam Retirement Fund (the "Fund"), by and through undersigned counsel, has entered an appearance, in the above-entitled matter.



the above-entitled matter be served upon the Fund through the law firm of Carlsmith Ball LLP, Attention: Elyze J. McDonald.

DATED: August 1, 2008.

CARLSMITH BALL LLP

*/s/ Elyze J. McDonald*
JOANNE L. GRIMES
ELYZE J. MCDONALD
Attorneys for Garnishee, Government of Guam Retirement Fund