CARLSMITH BALL LLP

JOANNE L. GRIMES (Bar No. 96007)
*jgrimes@carlsmith.com*
ELYZE J. MCDONALD (Bar No. 01004)
*emcdonald@carlsmith.com*
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5057
Telephone No. 472.6813
Facsimile No. 477.4375

Attorneys for Garnishee,
Government of Guam Retirement Fund



FILED
DISTRICT COURT OF GUAM

AUG 0 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GIL A. SHINOHARA,<br><br>Defendant,<br><br>GOVERNMENT OF GUAM RETIREMENT FUND,<br><br>Garnishee. | CRIMINAL CASE NO. 03-00047<br><br>**DECLARATION OF SERVICE AND MAILING** |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on August 1, 2008, I will cause to be served, via hand delivery, a true and correct copy of ENTRY OF APPEARANCE AND REQUEST FOR NOTICE AND ANSWER OF THE GARNISHEE upon the following Counsel(s) of record:

Leonardo M. Rapadas
United States Attorney's Office
Attention: Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910-5059
*Attorney for United States of America*

I will also cause a copy of said documents to be served on the following, via Certified Mail in sealed envelopes, postage prepaid, addressed as follows:

| | |
|---|---|
| Michael Green<br>Attorney at Law<br>345 Queen Street, Second Floor<br>Honolulu, Hawaii 96813 | Gil A. Shinohara<br>P.O. Box XXXXXX<br>Tamuning, Guam 96931 |

Executed this 1st day of August 2008 at Hagåtña, Guam.

*/s/ Elyze McDonald*
ELYZE J. MCDONALD