Rev. 5-10-2007 United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME Peter C. Perez | 2. PHONE NUMBER (671) 477-8064 | 3. DATE 08/05/08 |
|---|---|---|
| 4. MAILING ADDRESS Suite 300, DNA Building | 5. CITY Hagatna | 6. STATE GU / 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR03-00047 | 9. CASE NAME USA v. Shinohara | DATES OF PROCEEDINGS 10. FROM 05/21/03 — 11. TO 11/07/05 |
| 12. PRESIDING JUDICIAL OFFICIAL William H. Alsup | LOCATION OF PROCEEDINGS 13. CITY Agana | 14. STATE Guam |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | 10/27/05 | | 10:31:16 to 12:51:53 |
| [ ] BAIL HEARING | | | |

17. ORDER

- [ ] FTR Gold Format. Free player software included on CD.
- [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [ ] MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: [x] CD  [ ] DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| 2 | 1 | |

CERTIFICATION (18. & 19.)

By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE 08/05/08 |
|---|---|

ESTIMATE TOTAL

**FILED**
DISTRICT COURT OF GUAM
AUG 06 2008
JEANNE G. QUINATA
Clerk of Court

PROCESSED BY: B. M. Naple 8/6/08

| ORDER RECEIVED | 8/6/08 | DEPOSIT PAID | |
| DEPOSIT PAID | 8/6/08 | TOTAL CHARGES | |
| CD/DVD DUPLICATED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 8/6/08 | TOTAL REFUNDED | |
| PARTY RECEIVED CD/DVD | 8/6/08 | TOTAL DUE | |