# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 03-00047-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STATUS REPORT** |
| | ) | |
| GIL A. SHINOHARA | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re: Imprisonment Computation Request to the Bureau of Prisons**

COMES NOW, the United States Probation Officer and respectfully submits a copy of the attached inquiry to the Bureau of Prisons for the defendant's imprisonment computation and as ordered by the Court on August 12, 2008. The Bureau of Prisons acknowledged receipt of the Probation Officer's email and forwarded the request to the Designation and Sentence Computation Center for determination. A response from the Bureau of Prisons is forthcoming.

RESPECTFULLY submitted this  14th  day of August 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:    /s/ Carleen G. Borja
U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist



ROSSANNA VILLAGOMEZ-AGUON
CHIEF U.S. PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

August 13, 2008

Christopher N. Cruz
Community Corrections Manager
CCM Sacramento
Community Corrections Office
501 I Street, Suite 9-400
Sacramento, California 95814

Mr. Cruz,

I am writing for assistance regarding inmate 02428-093, Gil A. Shinohara's imprisonment computation. Mr. Shinohara was sentenced in the U.S. District Court, District of Guam, on October 27, 2005 by designated District Judge William Alsup and ordered to serve 32 months imprisonment followed by three years of supervised release. At the time he was sentenced, he had approximately one day of confinement credit. Judge Alsup ordered that the defendant self surrender to the institution as designated by the Bureau of Prisons no later than January 13, 2006 or earlier if notified by the U.S. Marshals Service. Subsequently, Mr. Shinohara's surrender date was extended to February 8, 2006.

In conjunction with Mr. Shinohara's federal case, he had an ongoing criminal case in the Superior Court of Guam for offenses noted in the attached Superceding Indictment, docketed under Superior Court of Guam Criminal Felony CF401-05. This case was pending at the time Mr. Shinohara was to report to begin serving his federal sentence. Mr. Shinohara informed the Honorable Judge Richard H. Benson, sitting by designation in the Superior Court of Guam, that he intended to leave Guam on February 6, 2006 to report to his designated institution. On February 5, 2006, Judge Benson ordered that Mr. Shinohara be taken into custody as his departure from Guam would render his presence for trial in the Superior Court of Guam criminal case untenable. The order is attached hereto. Two days later, on February 7, 2006, Judge Benson issued a superceding order, also attached, thereby permitting Mr. Shinohara to self-surrender to the Guam Detention Facility in Hagatna, Guam at 6:00 a.m. on February 9, 2006. Mr. Shinohara complied with the directive.

On February 9, 2006, the U.S. Marshals Service on Guam lodged a detainer directing that prior to Mr. Shinohara's release from custody, the U.S. Marshals Service be notified to assume custody of Mr. Shinohara for service of his federal sentence of imprisonment. This document is attached hereto.

On August 6, 2008, Mr. Shinohara was acquitted of all charges against him in Superior Court of Guam Criminal Felony CF401-05. The Honorable Arthur R. Barcinas signed a Release from Confinement Order the same day releasing Mr. Shinohara from confinement. The Guam Detention Facility noted the federal detainer.

On August 12, 2008, U.S. District Judge , the Honorable Frances M. Tydingco-Gatewood, ordered that Mr. Shinohara be released on personal recognizance with conditions pending a determination from the Bureau of Prisons if any of his detention time in the Superior Court of Guam case may be credited to his federal sentence. Judge Tydingco-Gatewood directed my office to provide you with any information that would assist in making an expeditious determination of imprisonment credit.

I understand that the U.S. Marshals Service has already been in contact with the Bureau of Prisons with the same request. This letter is submitted by order of the Court. Please offer a reply at your earliest convenience and I that you for your assistance in the matter.

Sincerely,

/s/ Carleen G. Borja
U.S. Probation Officer

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Government Corruption Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

# IN THE SUPERIOR COURT OF GUAM
## HAGÅTÑA, GUAM

| | | |
|---|---|---|
| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. CF0401-05 |
| | ) | |
| vs. | ) | **Charges:** |
| | ) | |
| | ) | 1. **THEFT BY DECEPTION** |
| **JOHN A. RIOS,** | ) | (As a 2nd Degree Felony) |
| ▮▮▮▮▮▮ | ) | 2. **THEFT BY DECEPTION** |
| | ) | (As a 2nd Degree Felony) |
| | ) | 3. **CONSPIRACY TO COMMIT THEFT** |
| **CARL T.C. GUTIERREZ,** | ) | **BY DECEPTION** |
| | ) | (As a 2nd Degree Felony) |
| ▮▮▮▮▮▮ | ) | 4. **OFFICIAL MISCONDUCT** |
| | ) | (As a Misdemeanor) |
| **GIL A. SHINOHARA,** | ) | 5. **OFFICIAL MISCONDUCT** |
| | ) | (As a Misdemeanor) |
| ▮▮▮▮▮▮ | ) | 6. **RETIREMENT FUND FRAUD** |
| | ) | 7. **RETIREMENT FUND FRAUD** |
| | ) | 8. **CONSPIRACY TO COMMIT** |
| | ) | **RETIREMENT FUND FRAUD** |
| | ) | (As a Misdemeanor) |
| | ) | 9. **THEFT BY DECEPTION** |
| | ) | (As a 2nd Degree Felony) |
| | ) | 10. **THEFT BY DECEPTION** |
| | ) | (As a 2nd Degree Felony) |
| | ) | 11. **THEFT BY DECEPTION** |
| | ) | (As a 2nd Degree Felony) |
| | ) | 12. **CONSPIRACY TO COMMIT THEFT** |
| | ) | **BY DECEPTION** |
| | ) | (As a 2nd Degree Felony) |
| | ) | 13. **OFFICIAL MISCONDUCT** |
| | ) | (As a Misdemeanor) |
| | ) | 14. **OFFICIAL MISCONDUCT** |
| | ) | (As a Misdemeanor) |

|   |   | ) | 15. | **OFFICIAL MISCONDUCT** |
|---|---|---|---|---|
|   |   | ) |   | (As a Misdemeanor) |
|   |   | ) | 16. | **THEFT BY DECEPTION** |
|   |   | ) |   | (As a 2nd Degree Felony) |
|   |   | ) | 17. | **THEFT BY DECEPTION** |
|   |   | ) |   | (As a 2nd Degree Felony) |
|   |   | ) | 18. | **CONSPIRACY TO COMMIT THEFT** |
|   |   | ) |   | **BY DECEPTION** |
|   |   | ) |   | (As a 2nd Degree Felony) |
|   |   | ) | 19. | **OFFICIAL MISCONDUCT** |
|   |   | ) |   | (As a Misdemeanor) |
|   |   | ) | 20. | **OFFICIAL MISCONDUCT** |
|   |   | ) |   | (As a Misdemeanor) |
|   |   | ) | 21. | **THEFT BY DECEPTION** |
|   |   | ) |   | (As a 2nd Degree Felony) |

## SUPERSEDING INDICTMENT

THE SUPERIOR COURT OF GUAM GRAND JURY HEREBY CHARGES:

## FIRST CHARGE

## THEFT BY DECEPTION

In or about the month of October, 1999, in Guam, JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund ("the Fund") until on or about January 3, 2003, committed the crime of theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully:

1.  Creating and reinforcing the false impression, which he knew to be false,

    (a)  that back in the years 1995, 1996, and 1997, Carl T.C. Gutierrez, having retired from government service in 1989 and then having become Governor of Guam in January of 1995, had intended to suspend receiving his 1989 retirement annuity and instead be a contributing member of the "Defined Benefits" plan of the Fund for those three years

at his Governor's salary rate and then re-retire, immediately after 12-31-97, with his annuity thereby increased by approximately $30,000 per year; and

    (b)    that but for some error or fault on the part of someone other than Mr. Gutierrez, which error needed correction and for which the Retirement Fund or the Government of Guam but not Carl Gutierrez was responsible (a kind of error commonly known as "administrative error"), all of this would have happened;

2.    Thereby causing, as a way to make it up to Mr. Gutierrez for this supposed administrative error, a computation to be done at the Retirement Fund in October of 1999 that, on paper, enabled Mr. Gutierrez to:

    (a)    make a refund, interest-free, of his 1989 retirement annuity that he received but which supposedly should have been suspended in the years 1995, 1996, and 1997; and

    (b)    make interest-free, retroactive, membership contributions for the years 1995, 1996, and 1997; and,

    (c)    be given an offset against what, on paper, he paid into the Fund in (a) and (b), above, for an increase of approximately $30,000 per year in his retirement annuity that he supposedly should have been receiving ever since January 1, 1998;

each of which parts (a), (b), and (c) of the computation Mr. Gutierrez would not have been entitled to if he had been doing an "excluded service credit" or any other regularly-provided-for Fund transaction to obtain the annuity increase, and not relying upon the falsely created

1  impression of administrative error; and each of which parts of the computation resulted in Mr.

2  Gutierrez depriving the Fund of more than $1,500;

3       3.       Thus causing and enabling Mr. Gutierrez to take for himself, and deprive the

4  Fund of, more than $1,500, by obtaining an increase of approximately $30,000 per year in his

5  retirement annuity, which increased annuity he received in the year 2000 and in years

6  thereafter, by paying into the Fund over $1,500 less than he would be required to pay in order

7  to lawfully obtain such an increase, such as by perhaps doing an "excluded service credit"

8  transaction; and in fact by making a one-time payment to the Fund of only $17,642.34 in

9  October of 1999 to obtain the increase; all in violation of 9 G.C.A. §43.20(a), 9

10  G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

11

12

13                              **SECOND CHARGE**

14                            **THEFT BY DECEPTION**

15       On or about the month of October, 1999, in Guam, CARL T.C. GUTIERREZ, who was

16  an officer or employee of the Government of Guam as the Governor of Guam until on or about

17  January 3, 2003, acted in complicity with John A. Rios in doing all that is alleged in the FIRST

18  CHARGE herein, the allegations of which are hereby repeated and re-alleged and incorporated

19  herein by this reference, and thereby committed the crime of theft by deception, in an amount

20  exceeding $1,500; in violation of 9 G.C.A. §4.60, 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and

21  9 G.C.A. §43.35(a)(1), (2), and (3).

22

23  / / / / /

24  / / / / /

25

## THIRD CHARGE

## CONSPIRACY TO COMMIT THEFT BY DECEPTION

In or about the month of October, 1999, in Guam, JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund until on or about January 3, 2003, and CARL T.C. GUTIERREZ, who was a public officer or employee at the Government of Guam as the Governor of Guam until on or about January 3, 2003, committed the crime of conspiracy to commit theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully:

(a)      agreeing with each other that one or both of them would engage in conduct which constituted the crime of theft by deception;

(b)      doing so with the intent of engaging in, promoting, or assisting in the crime of theft by deception; and

(c)      at least one of them performed at least one overt act in pursuance of the agreement, specifically,

        (1)      Carl T.C. Gutierrez signed and back-dated, to 12-31-97, a Retirement Fund membership election form, with the intent to create the false impression that he had intended to be a contributing member of the Retirement Fund up until 12-31-97; and,

        (2)      Carl T.C. Gutierrez caused to be filed at the Department of Administration Requests For Personnel Action to have himself retroactively suspend receiving his 1989 retirement annuity as of 1/02/95, and then retire from government service as of 12-31-97; and,

1      (3)     John A. Rios, based upon a falsely created impression of administrative

2                 error, caused the computation alleged in part 2 of the First Charge to be

3                 done, and caused to be prepared and executed a Government of Guam

4                 Retirement Fund estimated annuity worksheet retroactively increasing

5                 Carl T.C. Gutierrez's Retirement Fund "Defined Benefits" annuity by

6                 roughly $30,000 per year;

7 all in violation of 9 G.C.A. §13.30, 9 G.C.A. §13.40, 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a),

8 and 9 G.C.A. §43.35(a)(1), (2), and (3).

9

10

11 **FOURTH CHARGE**

12 **OFFICIAL MISCONDUCT**

13      JOHN A. RIOS, who was a public officer or employee of the Government of Guam at

14 the Government of Guam Retirement Fund until on or about January 3, 2003, did, with the

15 intent to benefit himself or another, commit an act relating to his office but constituting an

16 unauthorized exercise of his official function, knowing that such act was unauthorized, by

17 performing the acts alleged in the FIRST and THIRD CHARGES herein, the allegations of

18 which are hereby repeated and re-alleged and incorporated herein by this reference; in

19 violation of 9 G.C.A. §49.90(a) and (b), as amended.

20

21

22 **FIFTH CHARGE**

23 **OFFICIAL MISCONDUCT**

24      CARL T.C. GUTIERREZ, who was a public officer or employee at the Government of

25 Guam as the Governor of Guam until on or about January 3, 2003, did, with the intent to

benefit himself or another, commit an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act was unauthorized, by performing the acts alleged in the FIRST, SECOND, and THIRD CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 9 G.C.A. §49.90(a) and (b), as amended.

## SIXTH CHARGE
### RETIREMENT FUND FRAUD

JOHN A. RIOS, who was a public officer or employee of the Government of Guam at the Government of Guam Retirement Fund until on or about January 3, 2003, knowingly made a false statement, or falsified or permitted to be falsified, a record of the Government of Guam Retirement Fund system, in an attempt to defraud the system, by performing the acts alleged in the FIRST and THIRD CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 4 G.C.A. §8169.

## SEVENTH CHARGE
### RETIREMENT FUND FRAUD

CARL T.C. GUTIERREZ, who was a public officer or employee of the Government of Guam as the Governor of Guam until on or about January 3, 2003, knowingly made a false statement, or falsified or permitted to be falsified, a record of the Government of Guam Retirement Fund system, in an attempt to defraud the system, by performing the acts alleged in the FIRST, SECOND, and THIRD CHARGES herein, the allegations of which are hereby

repeated and re-alleged and incorporated herein by this reference; in violation of 4 G.C.A. §8169.

## EIGHTH CHARGE

### CONSPIRACY TO COMMIT RETIREMENT FUND FRAUD

In or about the month of October, 1999, in Guam, JOHN A. RIOS, CARL T.C. GUTIERREZ and GIL A. SHINOHARA, each of whom was a public officer or employee of the Government of Guam until on or about January 3, 2003, committed the crime of conspiracy to commit retirement fund fraud by:

      (a)    agreeing with each other that at least one of them would engage in conduct which constituted the crime of retirement fund fraud,

      (b)    doing so with the intent of engaging in, promoting, or assisting in the crime of retirement fund fraud; and

      (c)    at least one of them performed at least one overt act in pursuance of the agreement, specifically,

            (1)    Carl T.C. Gutierrez signed and back-dated, to 12-31-97, a Retirement Fund membership election form, with the intent to create the false impression that he had intended to be a contributing member of the Retirement Fund up until 12-31-97; and,

            (2)    John A. Rios, based upon a falsely created impression of administrative error, caused the computation alleged in part 2 of the First Charge to be done, and caused to be prepared and

executed a Government of Guam Retirement Fund estimated annuity worksheet retroactively increasing Carl T.C. Gutierrez's Retirement Fund "Defined Benefits" annuity by roughly $30,000 per year; and

(3)      Gil A. Shinohara, on or about October 27, 1999, caused to be filed at the Department of Administration Requests for Personnel Action creating the false impression that Carl T.C. Gutierrez had completed his term, or appointment, as the Governor of Guam on January 1, 1998, and then been re-appointed, by either Mr. Shinohara or Mr. Gutierrez, as the Governor of Guam on January 2, 1998; thus enabling Mr. Gutierrez to obtain approximately $22,500 worth of unused annual leave, for the years 1995, 1996, and 1997, and thereby increase his average annual salary for those three years for retirement purposes, and accordingly retroactively increase his retirement annuity by more than $1,500 per year;

all in violation of 9 G.C.A. §13.30, 9 G.C.A. §13.40, and 4 G.C.A. §8169.


## NINTH CHARGE

## THEFT BY DECEPTION

In or about the month of October, 1999, in Guam, JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund ("the Fund") until on or

about January 3, 2003, committed the crime of theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully:

1.    Creating and reinforcing the false impression, which he knew to be false,

    (a)    that back in the years 1995, 1996, and 1997, Carl T.C. Gutierrez, having retired from government service in 1989 and then having become Governor of Guam in January of 1995, had intended to suspend receiving his 1989 retirement annuity and instead be a contributing member of the "Defined Benefits" plan of the Fund for those three years at his Governor's salary rate and then re-retire, immediately after 12-31-97; with his annuity thereby increased by approximately $30,000 per year;

    (b)    that Mr. Gutierrez was entitled to collect approximately $22,500 worth of unused annual leave for the years 1995, 1996, and 1997, and thereby increase his average annual salary for those three years for retirement purposes, and thereby accordingly retroactively increase his annuity;

    (c)    that part (b), above, did happen, and that but for some error or fault on the part of someone other than Mr. Gutierrez, which error needed correction and for which the Retirement Fund or the Government of Guam but not Carl Gutierrez was responsible (a kind of error commonly known as "administrative error"), part (a), above, would have happened;

2.    Thereby causing, as a way to make it up to Mr. Gutierrez for this supposed administrative error, a computation to be done at the Retirement Fund in October of 1999 that, on paper, enabled Mr. Gutierrez to:

(d)　make a refund, interest-free, of his 1989 retirement annuity that he received but which supposedly should have been suspended in the years 1995, 1996, and 1997; and

(e)　make interest-free, retroactive, membership contributions for the years 1995, 1996, and 1997; and,

(f)　be given an offset against what, on paper, he paid into the Fund in (a) and (b), above, for an increase of over $30,000 per year in his retirement annuity that he supposedly should have been receiving ever since January 1, 1998; and

(g)　have $97,500, instead of $90,000, be used as Mr. Gutierrez's average annual salary for the years 1995, 1996, and 1997, for annuity calculation purposes,

parts (d), (e), and (f), of which computation Mr. Gutierrez would not have been entitled to if he had been doing an "excluded service credit" or any other regularly-provided-for Fund transaction to obtain the annuity increase, and not relying upon the falsely created impression of administrative error; and part (g) of which computation Mr. Gutierrez would not have been entitled to but for the falsely created impression he had completed his term or appointment as Governor of Guam on January 1, 1998 and then been re-appointed as Governor of Guam on January 2, 1998; and each of which parts of the computation resulted in Mr. Gutierrez unlawfully depriving the Fund of more than $1,500;

3.　Thus causing and enabling Mr. Gutierrez to take for himself, and deprive the Fund of, more than $1,500, by obtaining an increase of over $30,000 per year in his retirement annuity, which increased annuity he received in the year 2000 and in years thereafter, by

Case 1:03-cr-00047　Document 270-2　Filed 08/14/2008　Page 13 of 28

1  paying into the Fund over $1,500 less than he would be required to pay in order to lawfully

2  obtain such an increase, such as by perhaps doing an "excluded service credit" transaction;

3  and in fact by making a one-time payment to the Fund of only $17,642.34 in October of 1999

4  to obtain the increase; all in violation of 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and 9 G.C.A.

5  §43.35(a)(1), (2), and (3).

### TENTH CHARGE

### THEFT BY DECEPTION

On or about the month of October, 1999, in Guam, CARL T.C. GUTIERREZ, who was

an officer or employee of the Government of Guam as the Governor of Guam until on or about

January 3, 2003, acted in complicity with John A. Rios in doing all that is alleged in the

NINTH CHARGE herein, the allegations of which are hereby repeated and re-alleged and

incorporated herein by this reference, and thereby committed the crime of theft by deception,

in an amount exceeding $1,500; in violation of 9 G.C.A. §4.60, 9 G.C.A. §43.20(a), 9

G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

### ELEVENTH CHARGE

### THEFT BY DECEPTION

On or about the month of October, 1999, in Guam, GIL A. SHINOHARA, who was an

officer or employee of the Government of Guam until on or about January 3, 2003, acted in

complicity with John A. Rios and Carl T.C. Gutierrez in doing all that is alleged in the NINTH

CHARGE herein, the allegations of which are hereby repeated and re-alleged and incorporated

herein by this reference, and thereby committed the crime of theft by deception, in an amount

exceeding $1,500; in violation of 9 G.C.A. §4.60, 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and

9 G.C.A. §43.35(a)(1), (2), and (3).

## **TWELFTH CHARGE**

### **CONSPIRACY TO COMMIT THEFT BY DECEPTION**

In or about the month of October, 1999, in Guam, JOHN A. RIOS, CARL T.C. GUTIERREZ, and GIL A. SHINOHARA, each of whom was a public officer or employee of the Government of Guam until on or about January 3, 2003, committed the crime of conspiracy to commit theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully:

    (a)    agreeing with each other that one or more of them would engage in conduct which constituted the crime of theft by deception;

    (b)    doing so with the intent of engaging in, promoting, or assisting in the crime of theft by deception; and

    (c)    at least one of them performed at least one overt act in pursuance of the agreement, specifically,

        (1)    Carl T.C. Gutierrez signed and back-dated, to 12-31-97, a Retirement Fund membership election form, with the intent to create the false impression that he had intended to be a contributing member of the Retirement Fund up until 12-31-97; and,

        (2)    Carl T.C. Gutierrez caused to be filed at the Department of Administration Requests For Personnel Action to have himself retroactively suspend receiving his 1989 retirement annuity as of 1/02/95, and then retire from government service as of 12-31-97; and,

Page 13
Superseding Indictment
Superior Court of Guam Criminal Case No. CF0401-05

(3) John A. Rios, based upon a falsely created impression of administrative error, caused the computation alleged in part 2 of the First Charge to be done, and caused to be prepared and executed a Government of Guam Retirement Fund estimated annuity worksheet retroactively increasing Carl T.C. Gutierrez's Retirement Fund "Defined Benefits" annuity by roughly $30,000 per year; and

(4) Gil A. Shinohara, on or about October 27, 1999, caused to be filed at the Department of Administration Requests For Personnel Action creating the false impression that Carl T.C. Gutierrez had completed his term, or appointment, as the Governor of Guam on January 1, 1998, and then been re-appointed, by either Mr. Shinohara or Mr. Gutierrez, as the Governor of Guam on January 2, 1998; thus enabling Mr. Gutierrez to obtain approximately $22,500 worth of unused annual leave, for the years 1995, 1996, and 1997, and thereby increase his average annual salary for those three years for retirement purposes, and accordingly retroactively increase his retirement annuity by more than $1,500 per year;

all in violation of 9 G.C.A. §13.30, 9 G.C.A. §13.40, 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

/ / / / /

/ / / / /

/ / / / /

## THIRTEENTH CHARGE

## OFFICIAL MISCONDUCT

JOHN A. RIOS, who was a public officer or employee of the Government of Guam at the Government of Guam Retirement Fund until on or about January 3, 2003, did, with the intent to benefit himself or another, commit an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act was unauthorized, by performing the acts alleged in the NINTH and TWELFTH CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 9 G.C.A. §49.90(a) and (b), as amended.

## FOURTEENTH CHARGE

## OFFICIAL MISCONDUCT

CARL T.C. GUTIERREZ, who was a public officer or employee at the Government of Guam as the Governor of Guam until on or about January 3, 2003, did, with the intent to benefit himself or another, commit an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act was unauthorized, by performing the acts alleged in the NINTH, TENTH, and TWELFTH CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 9 G.C.A. §49.90(a) and (b), as amended.

/ / / / /

/ / / / /

/ / / / /

## FIFTEENTH CHARGE

## OFFICIAL MISCONDUCT

GIL A. SHINOHARA, who was a public officer or employee at the Government of Guam until on or about January 3, 2003, did, with the intent to benefit himself or another, commit an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act was unauthorized, by performing the acts alleged in the NINTH, ELEVENTH, and TWELFTH CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 9 G.C.A. §49.90(a) and (b), as amended.

## SIXTEENTH CHARGE

## THEFT BY DECEPTION

On or about the period between April, 2000, and August, 2000, inclusive, in Guam, JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund ("the Fund") as its Director until on or about January 3, 2003, committed the crime of theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully:

(1)   Creating and reinforcing the false impression, which he knew to be false, that it had been Carl T.C. Gutierrez's "original intent" to be a contributing member of the "Defined Contributions" plan of the Fund as of January 1, 1998, and that but for some error or fault on the part of someone other than Mr. Gutierrez, for which the Retirement Fund or the Government of Guam but not Mr. Gutierrez was responsible, Mr. Gutierrez would have been a contributing member since January 1, 1998;

(2)     Thereby causing and enabling Mr. Gutierrez to unlawfully deprive the Government of Guam of, and take for himself, money that he was not entitled to, in the form money paid from the Government of Guam to the Retirement Fund for the benefit of Mr. Gutierrez's "Defined Contributions" plan account to make up for matching contributions that the Government of Guam did not make but supposedly should have made for Mr. Gutierrez's benefit; in violation of 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

## SEVENTEENTH CHARGE

### THEFT BY DECEPTION

In or about the period between April, 2000, and August, 2000, inclusive, in Guam, CARL T.C. GUTIERREZ, who was a public officer or employee of the Government of Guam as the Governor of Guam until on or about January 3, 2003, acted in complicity with John A. Rios in doing all that is alleged in the SIXTEENTH CHARGE herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference, and thereby committed the crime of theft by deception, in an amount exceeding $1,500; in violation of 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

## EIGHTEENTH CHARGE

### CONSPIRACY TO COMMIT THEFT BY DECEPTION

On or about the period between April, 2000, and August, 2000, inclusive, in Guam, JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund ("the Fund") as its Director until on or about January 3, 2003, and CARL T.C.

GUTIERREZ, who was a public officer or employee of the Government of Guam as the Governor of Guam until on or about January 3, 2003, committed the crime of conspiracy to commit theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully:

(a) agreeing with each other that one or both of them would engage in conduct which constituted the crime of theft by deception;

(b) doing so with the intent of engaging in, promoting, or assisting in the crime of theft by deception; and,

(c) at least one of them performed at least one overt act in pursuance of the agreement; specifically,

(1) that on or about April 13, 2000, Carl T.C. Gutierrez caused a Request For Personnel Action to be filed at the Department of Administration in order to amend his retirement status effective 1/1/98, and included in the "REMARKS" section that: "Amendment is in accordance with employee's original intent to become a member of the DC Retirement Plan;" which remark created and reinforced the false impression, which he knew to be false, that but for some error or fault on the part of someone other than himself, for which the Retirement Fund or the Government of Guam but not Mr. Gutierrez was responsible, he would have been a contributing member of the plan since January 1, 1998, and would have obtained matching government contributions to his Defined Contributions plan account since on or about January 1, 1998; and,

(2) that on or about July 7, 2000, Mr. Rios, as Director of the Retirement Fund, caused to be sent to the Department of Administration an invoice

for the employer's matching share for Mr. Gutierrez's Defined
Contributions plan for the pay periods from January 17, 1998, through
July 1, 2000;

said overt acts each intended to cause a theft of over $1,500; in violation of 9 G.C.A. §13.30, 9 G.C.A. §13.40, 9 G.C.A. §43.20(a), 9 G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

## NINTEENTH CHARGE

### OFFICIAL MISCONDUCT

JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund ("the Fund") until on or about January 3, 2003, did, with the intent to benefit himself or another, commit an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act was unauthorized, by performing the acts alleged in the SIXTEENTH and EIGHTEENTH CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 9 G.C.A. §49.90(a) and (b), as amended.

## TWENTIETH CHARGE

### OFFICIAL MISCONDUCT

CARL T.C. GUTIERREZ, who was a public officer or employee at the Government of Guam as the Governor of Guam until on or about January 3, 2003, did, with the intent to benefit himself or another, commit an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act was unauthorized, by performing the

acts alleged in the SIXTEENTH, SEVENTEENTH, and EIGHTEENTH CHARGES herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference; in violation of 9 G.C.A. §49.90(a) and (b), as amended.

## TWENTY-FIRST CHARGE

### THEFT BY DECEPTION

In or about the month of October, 1999, in Guam, JOHN A. RIOS, who was a public officer or employee at the Government of Guam Retirement Fund ("the Fund") until on or about January 3, 2003, committed the crime of theft by deception, in an amount exceeding $1,500, by intentionally and unlawfully doing all that is alleged in the First Charge herein, the allegations of which are hereby repeated and re-alleged and incorporated herein by this reference, and then by intentionally failing to correct an approximately $60-80,000 error made by the Retirement Fund employee whom he instructed to calculate the offset referenced in part 2(c) of the First Charge; Mr. Rios having instructed the employee to do a kind of calculation she had never been instructed to do before, and having recognized and known that she used the wrong formula to calculate the offset and that she was under the false impression that she had used the correct formula; and Mr. Rios having recognized and known that she had made the approximately $60-80,000 error; thus causing and enabling Mr. Carl T.C. Gutierrez to take for himself, and deprive the Fund of, more than $1,500, by obtaining an increase of approximately $30,000 per year in his retirement annuity, which increased annuity he received in the year 2000 and in years thereafter, by paying into the Fund over $1,500 less than he would otherwise be required to pay in order to lawfully obtain such an increase, whether by correcting an administrative error, or by perhaps doing an "excluded service credit"

Case 1:03-cr-00047   Document 270-2   Filed 08/14/2008   Page 22 of 28

1 | transaction; and in fact by making a one-time payment to the Fund of only $17,642.34 in

2 | October of 1999 to obtain the increase; all in violation of 9 G.C.A. §43.20(a), 9

3 | G.C.A.§43.30(a), and 9 G.C.A. §43.35(a)(1), (2), and (3).

4 |     Dated this $23$ day of December, 2005.

7 | OFFICE OF THE ATTORNEY GENERAL    **A TRUE BILL**
**Douglas B. Moylan, Attorney General**

10 | WILLIAM C. BISCHOFF    FOREMAN FOR THE GRAND JURY
Assistant Attorney General

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam

DEC 2 3 2005

Esther L.S. Pinaula
Deputy Clerk, Superior Court of Guam

Page 21
Superseding Indictment
Superior Court of Guam Criminal Case No. CF0401-05

FILED
SUPERIOR COURT
OF GUAM

2008 AUG -6 PM 4: 52

| | |
|---|---|
| PEOPLE OF GUAM | ) CRIMINAL CASE NO. *CF 401-05* |
| | ) |
| **VS.** | ) CLERK OF COURT |
| | ) BY: |
| *Gil A. Shinohara,* | ) 1745 HRS. |
| **DOB:** | ) 8-6-2008 |
| **SSN:** | ) |
| **Defendant.** | ) |

*Cleared on Legal 10 -08-06-08*

*Detainer 08-06-08*

# RELEASE FROM CONFINEMENT

TO:  ( ✓ )  **DEPARTMENT OF CORRECTIONS,** Mangilao
     ( )  **GUAM DETENTION FACILITY,** Hagåtña
     ( )  **ADULT CORRECTIONAL FACILITY,** Mangilao
     ( )  **SUPERIOR COURT, MARSHAL'S DIVISION,** Hagåtña

**YOU ARE HEREBY COMMANDED** to release the confined _____

_____ *Gil A. Shinohara* _____

He/She:  ( )  furnished satisfactory Bail Bond in the penal sum of $_____

       ( )  been released on his/her own recognizance.

       ( )  been released on $_____ Unsecured Bond.

       ( )  Next hearing date/time _____ at _____ m.

       ( )  Other: _____

_____

Dated: _*8 / 6 / 08*_ .

**HONORABLE ARTHUR R. BARCINAS**
Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.

AUG 0 6 2008

*Valerie D. Tenorio*
Deputy Clerk, Superior Court of Guam

**Received for Service:**

Date: _____  Time: _____

_____
Deputy Marshal, Superior Court of Guam



# DETAINER

## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal

*(District)*

*(Return Address and Phone)*

Please type or print neatly:

TO:

DATE: February 9, 2006

SUBJECT: Gil Shinohara

AKA: _____

DOB/SSN: ███████ / ███████

REF. # Prisoner designated to BOP Sheradin

USMS #: 02428-093

CR #: CR-03-00047-001

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____ District of ___Guam___ has issued a **Judgment and Commitment Order** against the subject. The attached **Judgment and Commitment Order** commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

32 months incarceration to be served at a Federal Facility

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

| RECEIPT |
|---|
| Date: *15 MAY 06* |
| Signed: *Ronald G Pablo* |
| By: *RONALD G PABLO* |
| Title: *CO 1* |

Very truly yours,

*(Signature)*

Joaquin L.G. Salas
U.S. Marshal

Requested by: Spec.DUSM Walter Gray

Form USM-16B
Rev. 04/05

ATTN.
Carleen Borja

# IN THE SUPERIOR COURT OF GUAM

## HAGÅTÑA, GUAM

FILED
SUPERIOR COURT
OF GUAM

2006 FEB -7 PM 5: 16

CLERK OF COURT
BY:_____

| PEOPLE OF GUAM | } | CRIMINAL CASE NO.: **CF 0401-05** |
|---|---|---|
| Vs. | } | |
| | } | |
| **JOHN A. RIOS,** | } | |
| **CARL T.C. GUTIERREZ and** | } | |
| **GIL A. SHINOHARA,** | } | |
| | } | |
| **Defendants.** | } | |

C#05

TO:  [    ]   DEPARTMENT OF CORRECTIONS - Mangilao
[ XXX ]  **GUAM DETENTION FACILITY - Hagåtña**
[    ]   ADULT DETENTION FACILITY - Mangilao
[    ]   DEPARTMENT OF MENTAL HEALTH & SUBSTANCE ABUSE

## COMMITMENT ORDER

An order having been made by me this day that the above-named defendant:

### GIL A. SHINOHARA

~~surrender himself to you by 6:00 a.m. Thursday, February 9, 2006 and he shall be held in your custody pending:~~

[    ]   Posting of bail in the amount of $_____
[   ] Cash      [   ] at 10%      [   ] Surety

[ XX ]   Other: ____**Further order of the court**____

[ XX ]   Next hearing date: ____**February 9, 2006**____ at ____**9:00 a.m.**____

Dated: ____**February 7, 2006**____

ID#440

_Richard H. Benson_
**HONORABLE RICHARD H. BENSON**
*Judge Pro Tempore*, Superior Court Of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
Clerk of the Superior Court of Guam

FEB 0 7 2006

Esther L.V. Pauulu
Deputy Clerk, Superior Court of Guam

RECEIVED FOR SERVICE:

DATE:_____   TIME:_____

_____
**DEPUTY MARSHAL, SUPERIOR COURT OF GUAM**

2/5/06

FILED
SUPERIOR COURT
OF GUAM

'06 FEB -5 P3 43

Q

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Criminal Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

Attorneys for the Government of Guam

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMINAL CASE NO. CF0401-05 |
| vs. | |
| JOHN A. RIOS, CARL T.C. GUTIERREZ, and GIL A. SHINOHARA, | ORDER THAT DEFENDANT SHINOHARA BE IMMEDIATELY TAKEN INTO CUSTODY |
| Defendants. | |

To the Chief Marshal, Superior Court of Guam:

It appearing that defendant Shinohara has, in good faith, made plans to depart from

Guam on Monday morning, February 6, 2006, at 6:30 a.m., to self surrender to federal

Page 1
ORDER re: Mr. Shinohara's custody
Superior Court Case No. CF0401-05

ORIGINAL

1  authorities at FCI Sheridan, Oregon, on February 8, 2006, but that by his doing so the People

2  may be rendered unable to secure his presence on Guam for trial herein.

3

4       IT IS HEREBY ORDERED that defendant Shinohara be immediately taken into

5  custody to face trial herein.

6

7

8

9       SO ORDERED:

10                                HONORABLE RICHARD H. BENSON

11                                Judge, Superior Court of Guam

12

13

14

15

16

17

18

19

20

21

22                                FEB 0 5 2006

23

24

25

Page 2
ORDER re: Mr.Shinohara's custody
Superior Court Case No. CF0401-05