**SHINOHARA_G.wdraw**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>    vs. <br> GIL A. SHINOHARA, <br>         Defendant, <br><br> GOVERNMENT OF GUAM, RETIREMENT FUND, <br>         Garnishee. | CRIMINAL CASE NO. 03-00047 <br><br> **PETITION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |

PETITION

On or about July 16, 2008, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishees. On or about August 7, 2008, payment in full to our

//
//
//
//

flu/mp

satisfaction was made. Plaintiff respectfully requests that the Court withdraw the Writ of Continuing Garnishment against Defendant GIL A. SHINOHARA and garnishee Government of Guam Retirement Fund .

DATED this 26th day of August, 2008.

>                             LEONARDO M. RAPADAS
>                             United States Attorney
>                             Districts of Guam and the NMI
>
> By:    /s/ Mikel W. Schwab
>        MIKEL W. SCHWAB
>        Assistant U.S. Attorney
>        mikel.schwab@usdoj.gov
>        JESSICA F. CRUZ
>        Assistant U.S. Attorney
>        Jessica.F.Cruz@usdoj.gov

flu/mp

- 2 -