DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **November 28, 2005**, as instrument number **717361**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

| | | | |
|---|---|---|---|
| Name of Defendant: | Gil A. Shinohara<br>aka Gil Shinohara | Address: | Yigo, GU 96929 |
| SSN: | XXX-XX-0429 | | |
| DOB: | XX-XX-1960 | | |

Court Imposing Judgment:     U.S. District Court of Guam
Court Number:     CR 03-00047

Amount of Judgment:     $150,000.00 Restitution + $10,000.00 Fine + $200.00 Special Assessment Fee

Place of filing:     Guam

    WITNESS my hand at Hagåtña, Guam, on this, the 28th day of August, 2008.

    /s/ Mikel W. Schwab
    MIKEL W. SCHWAB
    Assistant U.S. Attorney
    mikel.schwab@usdoj.gov
    JESSICA F. CRUZ
    Assistant U.S. Attorney
    Jessica.F.Cruz@usdoj.gov