✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**GIL A. SHINOHARA**      CASE NUMBER: **CR-03-00047-001**

TYPE OF CASE:
☐ CIVIL      X    **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse | |
| 520 West Soledad Avenue, Hagatna, Guam 96910 | DATE AND TIME |
| Hon. Frances Tydingco-Gatewood | September 3, 2008 at 1:30 p.m. |

TYPE OF PROCEEDING

**STATUS HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 2, 2008      /s/ Carmen B. Santos
DATE      (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
         Lujan Aguigui and Perez LLP
         U.S. Probation Office
         U.S. Marshals Service