# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# MINUTES
# GENERAL

CASE NO.: CR-03-00047-001 / CV-08-00011      DATE: September 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 1:35:12 - 1:50:04 |

**APPEARANCES:**

Defendant: Gil A. Shinohara      Attorney: Peter C. Perez

☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☐ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:

U.S. Probation: Carleen Borja

Interpreter:      Language:

**PROCEEDINGS: Status Hearing**

- Upon consultation with the Bureau of Prisons, it was determined that defendant has completed his federal imprisonment term.
- Supervised release term began 8/12/2008. Court reiterated terms of supervised release as originally ordered in the Judgment.
- Defendant may request early termination from supervised release at a later time, when all conditions are met.
- Defendant released.

NOTES: