**SHINOHARA_G.terSvc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00047 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| GIL A. SHINOHARA, | ) | |
| Defendant, | ) | |
| GOVERNMENT OF GUAM RETIREMENT FUND, | ) | |
| Garnishee. | ) | |

I hereby certify that on August 26, 2008, I electronically filed **Motion Petition to Withdraw Writ of Continuing Garnishment** with the Clerk of Court using the CM/ECF system. A copy of the following documents **Motion Petition to Withdraw Writ of Continuing**

//

//

//

//

**Garnishment** and **Order Re: United States Motion Petition to Withdraw Writ of Continuing Garnishment** were sent to the Defendant GIL A. SHINOHARA, defendant's attorney and garnishee Government of Guam Retirement Fund on **September 8, 2008**.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and the NMI

DATED:  9/8/08                      By:     /s/ Mikel W. Schwab
                                                            MIKEL W. SCHWAB
                                                            Assistant U.S. Attorney
                                                            mikel.schwab@usdoj.gov
                                                            JESSICA F. CRUZ
                                                            Assistant U.S. Attorney
                                                           Jessica.F.Cruz@usdoj.gov